Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

| DOCKET NO. (Transferring Court) |
|---|
| 0864-0:99CR00051-012 SRN |

| DOCKET NO. (Receiving Court) |
|---|
| LA12CR00392-DDP |

**NAME**
Jermaine Houston

**DISTRICT**
MINNESOTA

**DIVISION**

**NAME OF SENTENCING JUDGE**
Honorable James M. Rosenbaum

| TYPE OF SUPERVISION | FROM | TO |
|---|---|---|
| SUPERVISED RELEASE | 06/02/2010 | 06/01/2015 |

*FILED CLERK, U.S. DISTRICT COURT APR 25 2012 CENTRAL DISTRICT OF CALIFORNIA BY _____ DEPUTY*

**OFFENSE**
Conspiracy to Distribute Cocaine and Cocaine Base

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

April 9, 2012
Date

*[signature]*
Susan Richard Nelson United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

4/24/2012
Effective Date

*[signature]* Audrey B. Collins
Chief United States District Judge