# UNITED STATES DISTRICT COURT
## ~~District of Minnesota~~

Richard D. Sletten, Clerk
Lisa D. Rosenthal, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| Warren E. Burger Federal | U.S. Courthouse | Gerald W. Heaney Federal Building and | U.S. Courthouse |
| Building and U.S. Courthouse | 300 South Fourth Street | U.S. Courthouse and Customhouse | 118 South Mill Street |
| 316 North Robert Street | Suite 202 | 515 West First Street | Suite 212 |
| Suite 100 | Minneapolis, MN 55415 | Suite 417 | Fergus Falls, MN 56537 |
| St. Paul, MN 55101 | (612) 664-5000 | Duluth, MN 55802 | (218) 739-5758 |
| (651) 848-1100 | | (218) 529-3500 | |

April 30, 2012

FILED
CLERK, U.S. DISTRICT COURT

MAY - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Ms. Terry Nafisi, Clerk
United States District Court
United States Courthouse
312 North Spring Street, Room G-8 MNT
Los Angeles, CA 90012-4701

Re:   Jermaine Houston
     Our Case Number: CR 99-51(12) SRN/FLN
     Your Case Number: LA12CR00392-DDP ✓

Dear Clerk:

**Initial Transfer Out**

[   ] Enclosed please find Probation Form 22 initiating the Transfer of Jurisdiction to your district. Please return an original to this office after jurisdiction has been accepted. When received, we will forward certified copies of the pertinent documents to you.

**Final Transfer Out**

[ X ] Enclosed please find certified copies of Probation Form 22 transferring the jurisdiction from the District of Minnesota to your District. Also, enclosed are certified copies of the charging document, Judgment & Commitment Order, Docket Sheet and Financial Case Inquiry Report.

Please acknowledge receipt of these documents by returning, in the envelope provided, a copy of the enclosed letter stamped "RECEIVED".

Sincerely,

RICHARD D. SLETTEN, CLERK

s/Mary Kay Grzybek

Mary Kay Grzybek, Deputy Clerk

cc:    Jeffrey S. Paulseb, Assistant U. S. Attorney
       Federal Public Defender's Office
       Charisse Alston, Probation Officer (Mpls)(All except Rule 5)
       Financial Litigation Unit (Final & Transfer In)
       Financial Services Department (Final & Transfer In)
       File CR 99-51(12) SRN/FLN

Prob 22 (Rev. 08/97)    Case 2:12-cr-00392-DDP    Document 1    Filed 04/25/12    Page 1 of 1    Page ID #:1

| TRANSFER OF JURISDICTION | DOCKET NO. (Transferring Court) |
|---|---|
| | 0864-0:99CR00051-012  SRN |
| | DOCKET NO. (Receiving Court) |
| | **LA12CR00392-DDP** |

| NAME | DISTRICT | DIVISION |
|---|---|---|
| Jermaine Houston | MINNESOTA | |

FILED
CLERK, U.S. DISTRICT COURT
APR 25 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| NAME OF SENTENCING JUDGE |
|---|
| Honorable James M. Rosenbaum |

| TYPE OF SUPERVISION | FROM | TO |
|---|---|---|
| SUPERVISED RELEASE | 06/02/2010 | 06/01/2015 |

OFFENSE

Conspiracy to Distribute Cocaine and Cocaine Base

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

   IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the case named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervision herein may be changed by the District Court to which this transfer is made without further inquiry of this Court.

_April 9 2012_
Date

_Susan Richard Nelson_
Susan Richard Nelson  United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

   IT IS HEREBY ORDERED that jurisdiction of the above case be accepted and assumed by this Court from and after the entry of this order.

4/24/2012
Effective Date

_Audrey B. Collins_
Chief    United States District Judge

I hereby attest and certify on 4/26/2012
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _____ Deputy

A true copy in _____ sheet (s)
of the record in my custody.
CERTIFIED, 4/30 20 12
Richard D. Sletten, Clerk
BY: _____
Deputy Clerk

SCANNED
APR 30 2012
U.S. DISTRICT COURT ST. PAUL

# U.S. District Court
## District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:99-cr-00051-SRN-FLN-12
### Internal Use Only

Case title: United States of America v. Bolden et al

Date Filed: 03/01/1999
Date Terminated: 11/15/2000

Assigned to: Judge Susan Richard Nelson
Referred to: Magistrate Judge Franklin
L. Noel

Appeals court case number: 02-2208

### Defendant (12)

**Jermaine Houston**
*TERMINATED: 11/15/2000*
*also known as*
Chris
*also known as*
Charles Davis

represented by **Douglas Olson**
Office of the Federal Defender
300 S 4th St, Ste 107
Minneapolis, MN 55415
612-664-5858
Fax: 612-664-5850
Email: doug_olson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Lyonel Norris**
Office of the Federal Defender
300 4th St S Ste 107
Mpls, MN 55415
612-664-5858
Fax: 612-664-5850
Email: lyonel_norris@fd.org
*TERMINATED: 04/04/2008*
*Designation: Public Defender or*
*Community Defender Appointment*

A true copy in _____ 19 _____ sheet (s)
of the record in my custody.
CERTIFIED, 4/30 20 12
Richard D. Sletten, Clerk
BY: _____
Deputy Clerk

### Pending Counts

21:846 CONSPIRACY TO
DISTRIBUTE COCAINE AND
COCAINE BASE
(1s)

### Disposition

Custody of BOP for 186 months with
credit for time served, 5 yrs supervised
release, spec assmt of $100.00. Sentence
reduced to 144 months.

## Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE COCAINE & COCAINE BASE (CRACK) (1) | dismissed |

## Highest Offense Level (Terminated)

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**United States of America**      represented by   **Jeffrey S Paulsen**
United States Attorney's Office
300 S 4th St Ste 600
Minneapolis, MN 55415
(612) 664-5600
Email: jeff.paulsen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/01/1931 | 🔒 | (Court only) *** File at Federal Records Center as to Jermaine Houston (12). (JPL) (Entered: 10/27/2004) |
| 01/01/1931 | 🔒 | (Court only) *** File at Federal Records Center as to Jermaine Houston (12). (JPL) (Entered: 10/27/2004) |
| 03/01/1999 | | ORAL ORDER by Judge Richard H. Kyle sealing case . (LEG) (Entered: 03/01/1999) |
| 03/03/1999 | | Pursuant to AUSA, Jeffrey S. Paulsen case is unsealed . ( (Entered: 03/03/1999) |
| 03/03/1999 | 10 | SUPERSEDING INDICTMENT against Leon NMN Bolden (1) count(s) 1s, 3s, 4s, 5s, 10s, 11s, Von Raymont Pledger (2) count(s) 1s, 7s, 8s, 9s, Byron Reggie Copeland (3) count(s) 1s, 7s, Kevin R Carroll (4) count(s) 1s, 7s, 15s, 16s, 17s, Danny Crumble (5) count(s) 1s, 7s, Kenneth Ray Bell (6) count(s) 1s, 6s, 16s, Tracy Harris (7) count(s) 1s, 17s, Ronald Anthony (8) count(s) 1s, 10s, 15s, Keyon Keys (9) count(s) 1s, 8s, 11s, Vimalam Hamilton Delaney (10) |

| | | |
|---|---|---|
| | | count(s) 1s, 12s-14s, 17s, Jacqueline Sanders (11) count(s) 1s, 2s, Charles Davis (12) count(s) 1. (8 pages) Warrant of arrest issued as to Charles Davis. (PJS) (Entered: 03/04/1999) |
| 03/03/1999 | | BENCH WARRANT issued for Charles Davis by Judge Richard H. Kyle. (PJS) (Entered: 03/04/1999) |
| 03/04/1999 | 🔒 | (Court only) Docket Modification (Utility Event) as to Charles Davis, counsel Bruce L McLellan appointed per PD. (PJS) (Entered: 03/04/1999) |
| 03/04/1999 | 12 | PETITION/ORDER for Writ of Habeas Corpus Ad Prosequendum by Magistrate Judge J. Earl Cudd for Charles Davis, true name Jermaine Eugene Houston (12) to appear on 3/4/99 at 3:00 p.m. in Mpls. WRIT ISSUED. 5pgs (LEG) (Entered: 03/05/1999) |
| 03/04/1999 | 🔒 | (Court only) Docket Modification (Utility Event) termed deadlines. (PJS) (Entered: 03/08/1999) |
| 03/04/1999 | 34 | MINUTES before Magistrate Judge J. Earl Cudd for FIRST APPEARANCE of {12} Charles Davis: deft detained; detention hearing/arraignment set for 2:00 p.m. on 3/9/99 before JEC; Matthew Forsgren appears & is appointed per PD. (1 page) (PJS) (Entered: 03/08/1999) |
| 03/09/1999 | 36 | TEMPORARY ORDER OF DETENTION of {12} Charles Davis by Magistrate Judge J. Earl Cudd (dated 3/4/99). (copies dist'd) 1 page (PJS) (Entered: 03/09/1999) |
| 03/09/1999 | 41 | MOTION for detention hearing by USA as to Charles Davis. (1 page) (PJS) (Entered: 03/10/1999) |
| 03/09/1999 | 42 | MINUTES before Magistrate Judge J. Earl Cudd for DETENTION HEARING [41-1] as to {12} Charles Davis: $25,000 PR Bond set. Tape 99-6-2876-3144. (1 page) (PJS) (Entered: 03/10/1999) |
| 03/09/1999 | 43 | ORDER SETTING CONDITIONS OF RELEASE by Magistrate Judge J. Earl Cudd for {12} Charles Davis in the amount of $25,000 PR. (4 pages) (PJS) (Entered: 03/10/1999) |
| 03/09/1999 | 44 | APPEARANCE BOND ($25,000 PR executed on 3/9/99) by {12} Charles Davis. (1 page) (PJS) (Entered: 03/10/1999) |
| 03/09/1999 | 45 | MINUTES before Magistrate Judge J. Earl Cudd that deft {12} Charles Davis (true name Jermaine Houston) is ARRAIGNED: not guilty plea entered; atty disclosures due 3/16/99; pretrial motions due 3/24/99; motion hearing set for 9:00 a.m. on 4/7/99 before FLN; Voir Dire / Jury Instructions due 5/24/99; jury trial set for 9:00 a.m. on 6/1/99 before JMR. Tape 99-6-2876-3144. (1 page) (PJS) (Entered: 03/10/1999) |
| 03/10/1999 | 46 | ARRAIGNMENT ORDER by Magistrate Judge J. Earl Cudd (Date Signed: 3/9/99) as to {12} Charles Davis. Same as minutes, Doc. 45. (2 pages) (PJS) (Entered: 03/10/1999) |
| 03/11/1999 | 50 | APPLICATION by plaintiff USA & affidavit of Timothy Trebil for search warrant dated 3/1/99 for 625 Snelling Ave N, St. Paul as to deft LEON |

| | | |
|---|---|---|
| | | BOLDEN (1). 36 pgs ( (Entered: 03/11/1999) |
| 03/11/1999 | 52 | APPLICATION by plaintiff USA & affidavit of Timothy Trebil for search warrant dated 3/1/99 for 628 Parkway Drive, St Paul as to deft VON RAYMONT PLEDGER (2). 36 pgs ( (Entered: 03/11/1999) |
| 03/11/1999 | | SUBSTITUTION OF COUNSEL: George R Dunn replaces Christopher B Coleman for Von Raymont Pledger per PD (PJS) (Entered: 03/11/1999) |
| 03/11/1999 | 54 | APPLICATION by plaintiff USA & affidavit of Timothy Trebil for search warrant dated 3/1/99 for 1891 Minnehaha Ave W, St Paul as to deft VON RAYMOND PLEDGER (2). 36 pgs ( (Entered: 03/12/1999) |
| 03/11/1999 | 56 | APPLICATION by plaintiff USA & affidavit of Timothy Trebil for search warrant dated 3/1/99 for 14115 Pennock Ave, #301, Apple Valley, MN as to deft BYRON REGGIE COPELAND (3). 36 pgs ( (Entered: 03/12/1999) |
| 03/11/1999 | 58 | APPLICATION by plaintiff USA & affidavit of Timothy Trebil for search warrant dated 3/1/99 for 1895 Minnehaha Ave #6, St Paul, MN as to deft KEVIN R. CARROLL (4). 36 pgs ( (Entered: 03/12/1999) |
| 03/11/1999 | 60 | APPLICATION by plaintiff USA & affidavit of Timothy Trebil for search warrant dated 3/1/99 for 975 Beech St, St Paul, MN as to deft DANNY CRUMBLE (5). 36 pgs ( (Entered: 03/12/1999) |
| 03/11/1999 | 66 | CJA Form 20 Copy 4 (Appointment of Counsel) appointing , Matthew Forsgren as to defendant CHARLES DAVIS (12). 1 pg ( (Entered: 03/12/1999) |
| 03/18/1999 | 75 | ORDER AS TO DEFT JACQUELINE SANDERS (11) (Magistrate Judge J. Earl Cudd / date signed 3/18/99) disclosure due date: 3/24/99; pretrial motions due on 3/31/99; motion hearing set for 9:00 a.m. on 4/7/99 before FLN; Voir Dire / Jury Instructions due on 5/24/99; jury trial set for 9:00 a.m. on 6/1/99 before JMR (cc: all counsel). 2pgs (LEG) (Entered: 03/22/1999) |
| 03/24/1999 | 🔒 | (Court only) Docket Modification (Utility Event) pretrial motions filed on 3/24/99 by Danny Crumble. ( (Entered: 03/24/1999) |
| 03/24/1999 | 🔒 | (Court only) Docket Modification (Utility Event) detention hearing held for Tracy Harris. (PJS) (Entered: 03/24/1999) |
| 03/24/1999 | 🔒 | (Court only) Docket Modification (Utility Event) pretrial motions filed on 3/24/99 by deft {02} Von Pledger (PJS) (Entered: 03/24/1999) |
| 03/24/1999 | 🔒 | (Court only) Docket Modification (Utility Event) pretrial motions filed on 3/24/99 by Keyon Keys. (PJS) (Entered: 03/25/1999) |
| 03/24/1999 | 🔒 | (Court only) Docket Modification (Utility Event) pretrial motions filed on 3/24/99 by Copeland (3); Delaney (10); Davisf (12) ( (Entered: 03/25/1999) |
| 03/24/1999 | 146 | SUBSTITUTION of Attorney: Gary R Bryant-Wolf replacing attorney Thomas C Gallagher for Byron Reggie Copeland. Gary Byrant-Wolf is retained. 2 pgs ( (Entered: 03/25/1999) |
| 03/24/1999 | 176 | MOTION for discovery and inspection by Charles Davis 2pg(s) (LEG) (Entered: 03/26/1999) |

| | | |
|---|---|---|
| 03/24/1999 | 177 | MOTION/MEMORANDUM to compel disclosure of evidence favorable to the deft by Charles Davis 5pg(s) (LEG) (Entered: 03/26/1999) |
| 03/24/1999 | 178 | MOTION/MEMORANDUM for notice of 404(b) evidence by Charles Davis 6pg(s) (LEG) (Entered: 03/26/1999) |
| 03/24/1999 | 179 | MOTION/MEMORANDUM for early disclosure of Jencks Act Material by Charles Davis 5pg(s) (LEG) (Entered: 03/26/1999) |
| 03/24/1999 | 180 | MOTION/MEMORANDUM for gov't agents to rtn rough notes by Charles Davis 4pg(s) (LEG) (Entered: 03/26/1999) |
| 03/24/1999 | 181 | MOTION/MEMORANDUM for severance of trial by Charles Davis 8pg(s) (LEG) (Entered: 03/26/1999) |
| 03/24/1999 | 182 | MOTION to suppress statements by Charles Davis 2pg(s) (LEG) (Entered: 03/26/1999) |
| 03/24/1999 | 183 | MOTION to suppress physical evidence by Charles Davis 2pg(s) (LEG) (Entered: 03/26/1999) |
| 03/24/1999 | 184 | MOTION to join by Charles Davis 1pg(s) (LEG) (Entered: 03/26/1999) |
| 03/29/1999 | 190 | BENCH Warrant returned executed as to Charles Davis 3/4/99. 1pg (LEG) (Entered: 03/29/1999) |
| 03/30/1999 | 🔒 | (Court only) Docket Modification (Utility Event) pretrial motions filed on 3/30/99 by JACQUELINE SANDERS (11). ( (Entered: 03/30/1999) |
| 03/31/1999 | 🔒 | (Court only) Docket Modification (Utility Event) pretrial motions filed on 3/31/99 by deft Harris (7) (BLW (Entered: 03/31/1999) |
| 04/07/1999 | 229 | MINUTES: before Magistrate Judge Franklin L. Noel of motion hearing hearing as to Von Raymont Pledger (2), Byron Reggie Copeland (3), Danny Crumble (5), Tracy Harris (7), Ronald Anthony Jones (8), Keyon Keys (9), Vimalam Hamilton Delaney (10), Jacqueline Sanders (11) & Charles Davis (12). Written order to issue on all pretrial motions except for the suppression issues. Motions to suppress - Timothy W. Trebil & Herry Wehr testify on behalf of the gov't. Parties rest. Motions to suppress are taken under advisement. Briefs due from each side by 4/16/99. Court Reporter: Kim Evavold/Shaddix. 1pg (LEG) (Entered: 04/09/1999) |
| 04/12/1999 | 233 | Appeal from Magistrate's oral discovery order of 4/7/99 by plaintiff USA. 15 pgs ( (Entered: 04/13/1999) |
| 04/12/1999 | 234 | MOTION for stay of 4/7/99 oral discovery order with attached copy of appeal by USA as to LEON NMN BOLDEN (1), VON RAYMONT PLEDGER (2), BYRON REGGIE COPELAND (3), KEVIN R CARROLL (4), DANNY CRUMBLE (5), KENNETH RAY BELL (6), TRACY HARRIS (7), RONALD ANTHONY JONES (8), KEYON KEYS (9), VIMALAM HAMILTON DELANEY (10), JACQUELINE SANDERS (11), and CHARLES DAVIS (12). 17 pg(s) ( (Entered: 04/13/1999) |

| Date | No. | Description |
|---|---|---|
| 04/14/1999 | 236 | ORDER (Magistrate Judge Franklin L. Noel / date signed 4/14/99) denying govt's motion for stay of 4/7/99 oral discovery order [234-1] as to Leon NMN Bolden, Von Raymont Pledger, Byron Reggie Copeland, Kevin R Carroll, Danny Crumble, Kenneth Ray Bell, Tracy Harris, Ronald Anthony Jones, Keyon Keys, Vimalam Hamilton Delaney, Jacqueline Sanders, & Charles Davis (cc: all counsel) 3 pages ( (Entered: 04/14/1999) |
| 04/14/1999 | 240 | APPEAL by govt from Magistrate Judge's Order filed 4/14/99 [236-1] as to all defts. (2 pages) (PJS) (Entered: 04/15/1999) |
| 04/16/1999 | 245 | DEFT Charles Davis (12) POST-HEARING MEMORANDUM [229-3]. 2pgs ( (Entered: 04/19/1999) |
| 04/16/1999 | 246 | ORDER (Judge David S. Doty / date signed 4/16/99) that the Magistrate Judge's April 14, 1999, order denying the govt's request for a stay of the 4/7/99, discovery order is REVERSED. IT IS FURTHER ORDERED that the United States need not comply with the April 7, 1999, discovery order until further order of this Court [240-1] [233-1] (cc: all counsel). 2pgs (LEG) (Entered: 04/19/1999) |
| 04/23/1999 | 254 | TRANSCRIPT OF motions hearing held 4/7/99 before FLN as to defendants Von Raymont Pledger (2), Byron Reggie Copeland (3), Danny Crumble (5), Tracy Harris (7), Ronald Anthony Jones (8), Keyon Keys (9), Vimalam Hamilton Delaney (10), Jacqueline Sanders (11), and Charles Davis (12) (Court Reporter:Kimberly K. Evavold, Shaddix & Assoc) (SEPARATE) ( (Entered: 04/26/1999) |
| 04/26/1999 | 255 | RESPONSE by plaintiff USA to defts' motions to suppress evidence. 26 pgs ( (Entered: 04/27/1999) |
| 05/04/1999 | 🔒 | (Court only) Docket Modification (Utility Event) satisfied deadlines for deft Bell (6) due to plea on 5/4/99 (LEG) (Entered: 05/06/1999) |
| 05/06/1999 | 🔒 | (Court only) Docket Modification (Utility Event) pretrial motions filed on 5/6/99 by deft Carroll (4). (LEG) (Entered: 05/07/1999) |
| 05/11/1999 | 🔒 | (Court only) Docket Modification (Utility Event) pretrial motions filed on 5/11/99 by Leon Bolden. ( (Entered: 05/12/1999) |
| 05/17/1999 | 305 | MEMORANDUM by plaintiff USA in opposition to defts Leon Bolden (1) and Kevin R. Carroll's (4) motions to suppress evidence [292-1] and [285-1]. 12 pgs ( (Entered: 05/18/1999) |
| 05/18/1999 | 306 | NOTICE by plaintiff USA pursuant to rule 404 (b) as to defts Leon Bolden (1) & Kevin Carroll (4). 1 pg ( (Entered: 05/19/1999) |
| 05/26/1999 | 308 | EXHIBIT LIST by pltf USA as to defendant Leon NMN Bolden, Von Raymont Pledger, Byron Reggie Copeland, Kevin R Carroll, Danny Crumble, Kenneth Ray Bell, Tracy Harris, Ronald Anthony Jones, Keyon Keys, Vimalam Hamilton Delaney, Jacqueline Sanders & Charles Davis. 4 pgs EXHIBITS RETURNED TO COUNSEL ( (Entered: 05/27/1999) |

| 05/26/1999 | 310 | REPORT and RECOMMENDATION by Magistrate Judge Franklin L. Noel date signed: 5/25/99 AS TO LEON BOLDEN (1) recommends denying motion to suppress evidence obtained by electronic surveillance [291-1] & motion to suppress evidence obtained as a result of search and seizure [292-1]. RR Ruling deadline set for 6/25/99 for Leon NMN Bolden (cc: all counsel). 44 pgs ( ( Entered: 05/27/1999) |
|---|---|---|
| 05/26/1999 | 312 | REPORT and RECOMMENDATION by Magistrate Judge Franklin L. Noel date signed: 5/25/99 AS TO VON RAYMONT PLEDGER (2) recommends denying motion to suppress statements made by deft [113-1], motion to physical evidence [114-1], motion to suppress electronic surveillance & wiretapping [116-1]. RR Ruling deadline set for 6/25/99 for Von Raymont Pledger (cc: all counsel). 44 pgs ( (Entered: 05/27/1999) |
| 05/26/1999 | 314 | REPORT and RECOMMENDATION by Magistrate Judge Franklin L. Noel date signed: 5/25/99 AS TO BYRON REGGIE COPELAND (3) recommends denying motion to suppress evidence obtained by search & seizure at 925 Marshall Avenue, St Paul [147-1], motion to suppress evidence obtained by search & seizure at Unit #301, 14115 Pennock Ave, Apple Valley [148-1], motion for suppression statements [149-1], motion to suppress evidence, products and records of electronic or telephonic surveillance [160-1]. RR Ruling deadline set for 6/25/99 for Byron Reggie (cc: all counsel). 44 pgs ( (Entered: 05/27/1999) |
| 05/26/1999 | 316 | REPORT and RECOMMENDATION by Magistrate Judge Franklin L. Noel date signed: 5/25/99 AS TO KEVIN CARROLL (4) recommends denying motion to suppress statements, admissions & answers [280-1], motion suppress evidence seized as a result of search & seizure [285-1] & oral motion to suppress electronic surveillance & wiretapping. RR Ruling deadline set for 6/25/99 for Kevin R Carroll (cc: all counsel). 44 pgs ( (Entered: 05/27/1999) |
| 05/26/1999 | 318 | REPORT and RECOMMENDATION by Magistrate Judge Franklin L. Noel date signed: 5/25/99 AS TO DANNY CRUMBLE (5) recommends denying motion to suppress the contents of any intercepted wire or oral communications and evidence derived therefrom [86-1], motion to suppress statements, admissions and answers [90-1], motion to suppress physical evidence obtained as a result search and seizure [91-1], motion to dismiss conspiracy charge against Danny Crumble only [98-1]. RR Ruling deadline set for 6/25/99 for Danny Crumble (cc: all counsel). 44 pgs ( (Entered: 05/27/1999) |
| 05/26/1999 | 320 | REPORT and RECOMMENDATION by Magistrate Judge Franklin L. Noel date signed: 5/25/99 AS TO TRACY HARRIS (7) recommends denying motion to suppress evidence obtaned as a result of search and seizure [213-1], motion to suppress statements [214-1], motion to suppress electronic surveillance and wiretapping [223-1]. RR Ruling deadline set for 6/25/99 for Tracy Harris (cc: all counsel). 44 pgs ( (Entered: 05/27/1999) |
| 05/26/1999 | 322 | REPORT and RECOMMENDATION by Magistrate Judge Franklin L. Noel date signed: 5/25/99 AS TO RONALD ANTHONY JONES (9) recommends denying motion to suppress statements, admissions, & answers [123-1], motion |

| | | |
|---|---|---|
| | | to suppress evidence obtained as a result of search & seizure [129-1], motion to suppress in-court and out-of-court identification [130-1], motion to suppress interception of wire or oral communications [131-1]. RR Ruling deadline set for 6/25/99 for Ronald Anthony Jones (cc: all counsel). 44 pgs ( (Entered: 05/27/1999) |
| 05/26/1999 | 324 | REPORT and RECOMMENDATION by Magistrate Judge Franklin L. Noel date signed: 5/25/99 AS TO KEYON KEYS (9) recommends denying motion to suppress statements, admissions, & answers [142-1], motion to suppress evidence obtained as a result of search & seizure [143-1], motion to suppress eyewitness identification [144-1], motion to suppress govt of wire or oral communications [145-1]. RR Ruling deadline set for 6/25/99 for Keyon Keys (cc: all counsel). 44 pgs ( (Entered: 05/27/1999) |
| 05/26/1999 | 326 | REPORT and RECOMMENDATION by Magistrate Judge Franklin L. Noel date signed: 5/25/99 AS TO VIMALAM HAMILTON DELANEY (10) recommends denying motion to suppress statements, admissions & answers [169-1], motion suppress evidence obtained through electronic surveillance or wiretapping [173-1]. RR Ruling deadline set for 6/25/99 for Vimalam Hamilton Delaney (cc: all counsel) 44 pgs ( (Entered: 05/27/1999) |
| 05/26/1999 | 328 | REPORT and RECOMMENDATION by Magistrate Judge Franklin L. Noel date signed: 5/25/99 AS TO JACQUELINE SANDERS (11) recommends denying motion to suppress all evidence including statements and physical evidence [195-1], motion to suppress electronic and wiretapping [197-1]. RR Ruling deadline set for 6/25/99 for Jacqueline Sanders (cc: all counsel) 44 pgs ( (Entered: 05/27/1999) |
| 05/26/1999 | 329 | ORDER (Magistrate Judge Franklin L. Noel / date signed 5/26/99) S TO CHARLES DAVIS (12) granting motion for discovery and inspection [176-1], granting motion to compel disclosure of evidence favorable to the deft [177-1], granting motion for notice 404(b) evidence [178-1], denying motion for early of Jencks Act Material [179-1], granting motion for gov't agents to rtn rough notes [180-1], denying motion for severance of trial [181-1], denying motion to join [184-1]. (cc: all counsel). 15 pgs ( (Entered: 05/27/1999) |
| 05/26/1999 | 330 | REPORT and RECOMMENDATION by Magistrate Judge Franklin L. Noel date signed: 5/26/99 AS TO CHARLES DAVIS (12) recommends denying motion to suppress statements [182-1], motion to suppress physical evidence [183-1]. RR Ruling deadline set for 6/25/99 for Charles Davis (cc: all counsel) 44 pgs ( (Entered: 05/27/1999) |
| 06/02/1999 | 345 | SECOND SUPERSEDING INDICTMENT against Leon NMN Bolden (1) count(s) 1ss, 3ss, 4ss, 5ss, 10ss, 11ss, Von Raymont Pledger (2) count(s) 1ss, 8ss, 9ss, 20ss, Byron Reggie Copeland (3) count(s) 7ss, Kevin R Carroll (4) count(s) 1ss, 15ss, 17ss, 18ss, Danny Crumble (5) count(s) 1ss, 7ss, 16ss, 19ss, Kenneth Bell (6) count(s) 1ss, 6ss, 16ss, Tracy Harris (7) count(s) 1ss, 17ss, Ronald Anthony Jones (8) count(s) 1ss, 10ss, 15ss, Keyon Keys (9) count(s) 1ss, 8ss, 11ss, Vimalam Hamilton Delaney (10) count(s) 1ss, 12ss-14ss, 17ss, Jacqueline Sanders (11) count(s) 1ss, 2ss, Jermaine Houston (12) count(s) 1s, Edwin Sumpter (13) count(s) 1, 19, Andre Goss (14) count(s) 1, 18, Brian |

| | | |
|---|---|---|
| | | Keith Burkhalter (15) count(s) 1, 21. Forfeiture allegations against all defts and for counts 1 throug 9 of the second superseding indictment. WARRANT ISSUED FOR Edwin Sumpter (13), Andre Goss (14) & Brian Keith Burkhalter (15). 10pgs (LEG) (Entered: 06/30/1999) |
| 06/02/1999 | | ORDER (Judge Richard H. Kyle) sealing second superseding indictment (LEG) (Entered: 06/30/1999) |
| 06/03/1999 | 334 | REPORT TO THE COURT ON NOTICE OF INVENTORY & NOTICE OF INVENTORY as to Leon NMN Bolden, Von Raymont Pledger, Byron Reggie Copeland, Kevin R Carroll, Danny Crumble, Kenneth Bell, Tracy Harris, Ronald Anthony Jones, Keyon Keys, Vimalam Hamilton Delaney, Jacqueline Sanders & Jermaine Houston. 8pgs (LEG) (Entered: 06/03/1999) |
| 06/03/1999 | 335 | ORDER that the gov't serve a notice of inventory and that copies of this Order be served on the above individuals along with and in the same manner as the Notice of Inventory of Interception of Wire Communications (Judge David S. Doty / date signed 6/2/99) (2 cert/copies to AUSA). 2pgs (LEG) (Entered: 06/03/1999) |
| 06/17/1999 | 344 | CONSOLIDATED RESPONSE w/attachments by plaintiff USA to DEFTS' Bolden (1), Pledger (2), Crumble (5), Harris (7), Delaney (10) & Joyce Bolden (11) OBJECTIONS TO REPORT & RECOMMENDATION [340-1], [333-1], [336-1], [341-1], [332-1] & [338-1]. 60pgs (LEG) (Entered: 06/18/1999) |
| 06/25/1999 | 🔒 | (Court only) Docket Modification (Utility Event) stopped XE , RR Ruling Deadline satisfied ( (Entered: 06/25/1999) |
| 06/29/1999 | 349 | PETITION and ORDER as to Jermaine Houston (12) by Magistrate Judge J. Earl Cudd that a warrant be issued for the deft's arrest & a hearing be held to show cause why deft's bond should not be revoked (copies dist'd). Warrant issued. 3pgs (LEG) (Entered: 07/01/1999) |
| 06/30/1999 | | Pursuant to AUSA Jeffrey S. Paulsen the second superseding indictment can be unsealed . ( (Entered: 06/30/1999) |
| 06/30/1999 | 352 | MINUTES before Magistrate Judge E. S. Swearingen for INITIAL APPEARANCE ON PRETRIAL RELEASE VIOLATION as to {12} Jermaine Houston (aka Charles Davis): deft detained; deft's counsel not present; detention/bond revocation hearing set for 2:00 p.m. on 7/2/99 before ESS. Tape 99-5-575-622. (1 page) (PJS) (Entered: 07/02/1999) |
| 06/30/1999 | 353 | ORDER OF TEMPORARY DETENTION of Jermaine Houston by Magistrate Judge E. S. Swearingen (dated 6/30/99). (copies dist'd) 1 page (PJS) (Entered: 07/02/1999) |
| 07/01/1999 | 361 | ORDER (Magistrate Judge Franklin L. Noel / date signed 7/1/99) as to Leon NMN Bolden, Von Raymont Pledger, Byron Reggie Copeland, Kevin R Carroll, Danny Crumble, Tracy Harris, Ronald Anthony Jones, Keyon Keys, Vimalam Hamilton Delaney, Jacqueline Sanders, Jermaine Houston, Edwin Sumpter, Andre Goss, Brian Keith Burkhalter with respect to the second superseding indictment: disclosures due 7/14/99; pretrial motions filed by 7/21/99; motion hearing set for 9:00 a.m. on 7/28/99 before FLN; Voir Dire / |

| | | |
|---|---|---|
| | | Jury Instructions due 9/13/99; trial set 9/20/99 at 9:00 a.m. before JMR; ~~arraignments set for 9:00 a.m. on 7/28/99 before FLN. (cc: all counsel) 2 pages~~ (PJS) (Entered: 07/02/1999) |
| 07/02/1999 | 364 | MINUTES before Magistrate Judge E. S. Swearingen for DETENTION/BOND REVOCATION HEARING as to {12} Jermaine Houston a/k/a Charles Davis: Hearing cont'd; pretrial to locate new halfway house for deft -- if possible. Court Reporter: Tape 99-5-622-1451. (1 page) (PJS) (Entered: 07/08/1999) |
| 07/07/1999 | 365 | MINUTES before Magistrate Judge E. S. Swearingen for BOND REVOCATION/DETENTION HEARING as to {12} Jermaine Houston a/k/a Charles Davis: $25,000 Unsecured Bond set; deft to reside at halfway house. Tape 99-5-1451-1503. (1 page) (PJS) (Entered: 07/08/1999) |
| 07/07/1999 | 🔒 | (Court only) Docket Modification (Utility Event) detention hearing held on 7/7/99 (PJS) (Entered: 07/08/1999) |
| 07/07/1999 | 366 | ORDER SETTING CONDITIONS OF RELEASE by Magistrate Judge E. S. Swearingen for {12} Jermaine Houston a/k/a Charles Davis in the amount of $25,000 PR. (4 pages) (PJS) (Entered: 07/08/1999) |
| 07/07/1999 | 367 | APPEARANCE BOND ($25,000 PR executed on 7/7/99) by Jermaine Houston a/k/a Charles Davis. (1 page) (PJS) (Entered: 07/08/1999) |
| 07/21/1999 | 🔒 | (Court only) Docket Modification (Utility Event) pretrial motions filed on 7/21/99 by Brian Burkhalter (15) ( ( Entered: 07/21/1999) |
| 07/21/1999 | 384 | MOTION for severance of defts regarding superseding indictment by Jermaine Houston. (3 pages) (PJS) (Entered: 07/22/1999) |
| 07/21/1999 | 🔒 | (Court only) Docket Modification (Utility Event) pretrial motions filed on 7/21/99 by Jacqueline Sanders (11) ( ( Entered: 07/23/1999) |
| 07/22/1999 | 386 | BENCH WARRANT returned executed as to Jermaine Houston 6/30/99. (1 page) (PJS) (Entered: 07/22/1999) |
| 07/23/1999 | 391 | ORDER (Judge James M. Rosenbaum / date signed 7/22/99) as to deft {07} TRACY HARRIS denying deft's motions [320-1] to suppress evidence obtained as a result of search and seizure [213-1], to suppress statements [214-1], and to suppress electronic surveillance and wiretapping [223-1]. (cc: all counsel) 2 pages (PJS) (Entered: 07/26/1999) |
| 07/23/1999 | 392 | ORDER (Judge James M. Rosenbaum / date signed 7/22/99) as to deft {10} VIMALAM HAMILTON DELANEY denying deft's motions to suppress statements, admissions & answers [169-1] and to suppress evidence obtained through electronic surveillance or wiretapping [173-1] [326-1]. (cc: all counsel) 2 pages (PJS) (Entered: 07/26/1999) |
| 07/27/1999 | 🔒 | (Court only) Docket Modification (Utility Event) pretrial motions filed on 7/27/99 by Edwin Sumpter. (PJS) (Entered: 07/28/1999) |
| 07/28/1999 | 403 | MINUTES before Magistrate Judge Franklin L. Noel for MOTION HEARING as to {12} JERMAINE HOUSTON denying deft's motion for severance of defts regarding superseding indictment [384-1]. Court Reporter: Gail |

| | | Hinrichs/Shaddix. (1 pg) (PJS) (Entered: 07/28/1999) |
|---|---|---|
| 07/28/1999 | 🔒 | (Court only) Docket Modification (Utility Event) satisfying pretrial motions and motion hearing date (PJS) (Entered: 07/28/1999) |
| 07/28/1999 | 408 | MINUTES before Magistrate Judge Franklin L. Noel re defts Kevin R Carroll, Tracy Harris, Keyon Keys, Jacqueline Sanders, and Jermaine Houston ARRAIGNED on second superseding indictment; not guilty plea entered; atty present; Trial set for 9/20/1999 at 9:00 a.m. before JMR. Court Reporter: Gail Hinrichs/Shaddix. (1 pg) (PJS) (Entered: 07/29/1999) |
| 07/28/1999 | 🔒 | (Court only) Docket Modification (Utility Event) jury trial set for 9:00 a.m. on 9/20/99 for Kevin R Carroll, Tracy Harris, Keyon Keys, Jacqueline Sanders, Jermaine Houston (PJS) (Entered: 07/29/1999) |
| 08/03/1999 | | ORAL ORDER Judge Richard H. Kyle that the third superseding indictment is sealed. (LEG) (Entered: 09/15/1999) |
| 08/12/1999 | 421 | ORDER (Magistrate Judge Franklin L. Noel / date signed 8/10/99) the motion for transfer of case to the Central District of California [399-1] was withdrawn as to Edwin Sumpter (13), denying motion for severance of of defts [387-1] as to Jacqueline Sanders (11), denying motion to adopt co-defts motions [388-1] as to Jermaine Houston (12), denying motion for severance of defts regarding superseding indictment [384-1] as to Edwin Sumpter (13), granting motion for govt agents to retain rough notes [395-1] as to Edwin Sumpter (13), denying motion for early disclosure of Jencks Act material [396-1] as to Edwin Sumpter (13), denying motion for severance of defts for trial [400-1] as to Edwin Sumpter (13), denying motion to strike aliases [397-1] as to Edwin Sumpter (13), denying motion for opportunity to present additional pretrial motions [398-1] as to Edwin Sumpter (13), denying motion for severance of defts [375-1] as to Brian Keith Burkhalter (15), the motion to affirm or deny [377-1] is denied as moot as to Brian Keith Burkhalter (15), the motion for disclosure of exculpatory matter [378-1] is denied as moot as to Brian Keith Burkhalter (15), the motion for disclosure of impeaching matter [379-1] is denied as moot as to Brian Keith Burkhalter (15), denying motion for disclosure of statements & reports pursuant to 18:3500 & Rule 26.2 [380-1] as to Brian Keith Burkhalter (15), granting motion for disclosure of plea bargins of govt witnesses [381-1] as to Brian Keith Burkhalter (15), granting motion for gov't agents to rtn rough notes & writings [382-1] as to Brian Keith Burkhalter (15) (cc: all counsel). 3pgs (LEG) (Entered: 09/15/1999) |
| 08/20/1999 | 422 | REPORT and RECOMMENDATION by Magistrate Judge Franklin L. Noel date signed: 8/20/99 recommends denying motion to dismiss indictment [401-1] as to deft SUMPTER (13), denying oral motion to suppress statement as to deft SUMPTER (13), denying motion to suppress evidence obtained via search & seizure [376-1] as to deft BURKHALTER (15) and denying motion to suppress contents of any intercepted wire or oral communitcations & evidence derived therefrom [383-1] as to deft BURKHALTER (15) . RR Ruling deadline set for 9/19/99 for Edwin Sumpter (13), & Brian Keith Burkhalter (15) (cc: all counsel). 9pgs (LEG) (Entered: 09/15/1999) |

| | | |
|---|---|---|
| 09/03/1999 | 425 | MINUTES: before Judge James M. Rosenbaum Jermaine Houston (12) enters guilty plea to count 1 of the second superseding indictment; remaining counts to be dismissed at sentencing. FORFEITURE PROVISION AGREED TO. Deft to pay $100 spec assmt at sentencing. PSI ordered. Deft remanded to halfway house. Court Reporter: Beth Bakken, Shaddix. 1pg (LEG) (Entered: 09/15/1999) |
| 09/03/1999 | 426 | PLEA AGREEMENT AND SENTENCING STIPULATIONS as to Jermaine Houston (12). 5pgs (LEG) (Entered: 09/15/1999) |
| 09/14/1999 | | Pursuant to AUSA, Jeffrey Paulsen third superseding indictment can be unsealed. ( (Entered: 09/15/1999) |
| 09/17/1999 | 434 | ORDER AS TO DEFTS Bolden (1), Copeland (3), Carroll (4), Crumble (5), Harris (7), Keyes (9), Sanders (11), Sumpter (13), Goss (14) & Burkhalter (15) (Magistrate Judge Franklin L. Noel / date signed 9/17/99) disclosure due date: 9/22/99; arraignment & motion hearing set for 9:00 a.m. on 10/6/99 before FLN; pretrial motions due on 9/29/99; Voir Dire / Jury Instructions due on 11/22/99 jury trial set for 9:00 a.m. on 11/29/99 before JMR. (cc: all counsel). 2pgs ( (Entered: 09/20/1999) |
| 09/19/1999 | 🔒 | (Court only) Docket Modification (Utility Event) stopped XE #401, 376 & 383 , RR Ruling Deadline satisfied ( (Entered: 09/20/1999) |
| 09/27/1999 | 442 | PETITION and ORDER as to Jermaine Houston (12) by Judge James M. Rosenbaum that a warrant be issued for the deft's arrest & a hrg be held to show cause why deft's bond should not be revoked. Warrant issued. (copies dist'd). 1 pg ( (Entered: 09/28/1999) |
| 09/27/1999 | | BENCH WARRANT issued for Jermaine Houston by Judge James M. Rosenbaum - per #442. Deft's whereabouts are unknown. ( (Entered: 09/28/1999) |
| 09/29/1999 | 🔒 | (Court only) Docket Modification (Utility Event) pretrial motions filed on 9/29/99 by Miller. (PJS) (Entered: 09/30/1999) |
| 10/06/1999 | 🔒 | (Court only) Docket Modification (Utility Event) satisfied motion filing deadline no addt'l motions to be filed. (LEG) (Entered: 10/07/1999) |
| 10/14/1999 | 474 | REPORT and RECOMMENDATION by Magistrate Judge Franklin L. Noel date signed: 10/13/99 as to deft (17) RODENY ROBERT MILLER recommending that deft's motion to suppress contents of intercepted wire or oral communications and evidence derived therefrom be denied [459-1]. RR Ruling deadline set for 11/13/99. (cc: all counsel) 2 pages (PJS) (Entered: 10/14/1999) |
| 10/20/1999 | 🔒 | (Court only) Docket Modification (Utility Event) scheduling dates satisfied (PJS) (Entered: 10/21/1999) |
| 10/27/1999 | 499 | MINUTES: before Magistrate Judge Franklin L. Noel of motion hearing as to deft Delon Moore (18). All pretrial motions orally ruled upon except for motions to suppress evidence, statements, and electronic surveillance. Written order to issue. Testimony taken with respect to the motions to suppress - Bruce |

| | | |
|---|---|---|
| | | Giller called, sworn, examined and testified on behalf of the gov't. Deft's motions to suppress [#489, 491, 492 & 493] are taken under advisment. Briefs with respect to the suppression motions are due from each party on or before 11/3/99. Deft remanded to custody of USM. Court Reporter: Tim Wilette. 1pg (LEG) Modified on 11/16/1999 (Entered: 10/28/1999) |
| 11/03/1999 | 501 | MEMORANDUM by USA in opposition to deft Delon Moore's motion to suppress evidence. [492-1] 4 pages (PJS) (Entered: 11/04/1999) |
| 11/13/1999 | 🔒 | (Court only) Docket Modification (Utility Event) stopped XE Miller #459 RR Ruling Deadline satisfied ( (Entered: 11/15/1999) |
| 11/17/1999 | 507 | REPORT and RECOMMENDATION by Magistrate Judge Franklin L. Noel date signed: 11/17/99 AS TO DELON MOORE (18) recommends denying motion to suppress all evidence including statements and physical evidence [489-1], denying motion to suppress electronic and wiretapping [491-1], denying as moot motion to suppress all evidence obtained pursuant to the execution of a search warrant [492-1], denying motion to suppress physical evidence [493-1] insofar as it pertains to the $22,000 seized from deft & denying as moot to the extent that that motions seeks to suppress other physical evidence. RR Ruling deadline set for 12/17/99. (cc: all counsel). 9 pgs (BLW (Entered: 11/18/1999) |
| 12/02/1999 | 522 | NOTICE by plaintiff USA pursuant ot Rule 404(b) as to Tracy Harris (7) and Delon Moore (18). 1 pg ( (Entered: 12/03/1999) |
| 12/13/1999 | 🔒 | (Court only) Docket Modification (Utility Event) finding the report & recommendation motion [330-1] moot as to Jermaine Houston (12) aka Charles Davis (plea entered) ( (Entered: 12/14/1999) |
| 01/25/2000 | 539 | JUDGMENT ENTERED AS TO KEYON KEYS (9) 1 pg ( (Entered: 01/26/2000) |
| 02/04/2000 | 543 | ORDER (Judge James M. Rosenbaum / date signed 2/3/00) granting govt's motion for temporary release on bond of deft [542-1] as to deft Byron Copeland (3) (cc: all counsel). FILED UNDER SEAL (LEG) (Entered: 02/08/2000) |
| 02/08/2000 | 546 | APPLICATION by USA and ORDER (ESS, 2/8/00) as to deft (03) Byron Copeland authorizing the installation and use of a trap and trace device. (8 pages) --filed under seal-- (PJS) (Entered: 02/09/2000) |
| 02/08/2000 | 547 | APPLICATION by USA and ORDER (ESS, 2/8/00) re (3) Byron Copeland authorizing the installation and use of a pen register. (8 pages) --filed under seal-- (PJS) (Entered: 02/09/2000) |
| 02/14/2000 | 🔒 | (Court only) Docket Modification (Utility Event) stopped XM & started LC due to arrest & detention of deft in the District of California as to deft Jermain Houston (12), see Rule 40 doc's rec'd, doc # 549. (LEG) (Entered: 02/23/2000) |
| 02/18/2000 | 550 | AFFIDAVIT of publication by plaintiff USA. 1pg ( (Entered: 02/23/2000) |

| 02/22/2000 | 549 | RULE 40 Documents received from of California as to Jermaine Houston (12). 20pgs (cc: AUSA, PTS, USM, JEC, ESS & FLN) (LEG) (Entered: 02/23/2000) |
| 03/07/2000 | 556 | MINUTES before Magistrate Judge J. Earl Cudd for INITIAL APPEARANCE ON PRETRIAL RELEASE VIOLATION as to Jermaine Houston: deft detained; detention/bond revocation hearing set for 10:00 a.m. on 3/9/00 before JEC. (1 pg) (PJS) (Entered: 03/08/2000) |
| 03/07/2000 | 557 | ORDER OF TEMPORARY DETENTION of Jermaine Houston by Magistrate Judge J. Earl Cudd (dated 3/7/00). (copies dist'd) 1 page (PJS) (Entered: 03/08/2000) |
| 03/09/2000 | 558 | MINUTES: before Magistrate Judge J. Earl Cudd for bond revocation hearing as to Jermaine Houston (12). Bond revoked, detention ordered. Tape: 00 2 2347-2363. 1 pg ( (Entered: 03/09/2000) |
| 03/16/2000 | 567 | BENCH Warrant returned executed as to Jermaine Houston 2/14/00. (1 page) (PJS) (Entered: 03/17/2000) |
| 03/17/2000 | 568 | RESPONSE by plaintiff USA to deft Rodney Robert Miller's motion for downward departure [560-1]. 2 pgs ( (Entered: 03/20/2000) |
| 03/20/2000 | 569 | RESPONSE by plaintiff USA to deft Tracy Harris' (7) position regarding sentencing factors [561-1] & request for evidentiary hearing [562-1]. 1pg (LEG) (Entered: 03/21/2000) |
| 03/21/2000 | 570 | ORDER OF DETENTION of Jermaine Houston by Magistrate Judge J. Earl Cudd. (dated 3/12/00) (copies dist'd) 2 pgs ( (Entered: 03/21/2000) |
| 03/23/2000 | 571 | MOTION for extension of Local Rule 83.10 deadlines (to respond to the PSI, Position Pleadings & Evidentiary Hearing) to 4/21/00, 4/26/00 & 4/28/00 by Jermaine Houston (12). 3pg(s) (LEG) (Entered: 03/24/2000) |
| 03/29/2000 | 573 | ORDER (Judge James M. Rosenbaum / date signed 3/28/00) as to deft JERMAINE EUGENE HOUSTON (12). 1. The parties must serve any Objections to PSI on or before 4/12/00; 2. The parties must complete the Informal Resolution Process on or before 4/26/00; 3. The parties must serve and file their respective Positions with respect to sentencing factors and any motions for evidentiary hearing on or before 4/28/00 (cc: all counsel & PROB). 1pg (LEG) (Entered: 03/30/2000) |
| 04/26/2000 | 578 | RESPONSE by plaintiff USA to motion to withdraw guilty plea [575-1] & motion for downward departure [574-1] filed by deft Tracy Harris (7). 2pgs (LEG) (Entered: 04/27/2000) |
| 04/28/2000 | 582 | MOTION for evidentiary hearing by Jermaine Houston. 1pg ( (Entered: 05/02/2000) |
| 04/28/2000 | 583 | POSITION of dft with respect to sentencing Jermaine Houston. 4 pgs ( (Entered: 05/02/2000) |
| 05/05/2000 | 584 | RESPONSE by plaintiff USA to deft Jermaine Houston's position with regard to sentencing [583-1], and to motion for evidentiary hearing [582-1]. 6 pgs ( (Entered: 05/08/2000) |

| 05/09/2000 | 588 | EXTENSION APPLICATION by USA and ORDER (JEC, 5/9/00) as to defts Leon Bolden, et al, authorizing the installation and use of a pen register. (9 pages) --filed under seal and located in deft (01) file-- (PJS) (Entered: 05/10/2000) |
| 05/16/2000 | 590 | SUPPLEMENTAL POSITION of the US with respect to sentencing Jermaine Houston [584-1] by USA. 6 pgs ( (Entered: 05/17/2000) |
| 05/26/2000 | 🔒 | (Court only) Docket Modification (Utility Event) satisfied past deadlines. (PJS) (Entered: 05/26/2000) |
| 06/13/2000 | 602 | JUDGMENT ENTERED pursuant to final order of forfeiture as to Keyon Keys (9), doc #601. 1 pg(s) ( (Entered: 06/14/2000) |
| 08/22/2000 | 624 | MINUTES: before Judge James M. Rosenbaum SENTENCING: Danny Crumble (5) to count 1sss. Custody of BOP for 132 months, deft given credit for time served; 5 years supervised release; $100.00 spec assmt. Counts 1ss, 1s, 1, 7sss, 7ss, 7s, 7, 15sss-16sss, 16ss are dismissed . Deft remanded to custody of USM. Court Reporter: Kristine Mousseau. 2pgs (LEG) (Entered: 08/25/2000) |
| 08/30/2000 | 628 | COPY OF LETTER TO FLN from attorney Caroline Durham on behalf of deft Gary Miller (16) stating that a review of the discovery in this case shows no issues to be raised for the motion hearing scheduled 9/6/00. Therefore, deft waives the motion hearing . 1pg (LEG) (Entered: 08/31/2000) |
| 11/15/2000 | 661 | MINUTES: before Judge James M. Rosenbaum SENTENCING Jermaine Houston (12) count 1s - Custody of BOP for 186 months with credit for time served, 5 yrs supervised release, spec assmt of $100.00 . Original indictment dismissed. Deft's motion for evidentiary hearing [582-1] is denied. Court Reporter: Dawn Higby-Anderson. 2 pgs ( (Entered: 11/22/2000) |
| 11/15/2000 | 🔒 | (Court only) *** Excludable(s) stopped as to Jermaine Houston (MKG) (Entered: 01/22/2008) |
| 11/21/2000 | 662 | JUDGMENT/STATEMENT OF REASONS as to defendant Jermaine Houston (12) by Judge James M. Rosenbaum (dated 11/16/00) (Copies dist'd) 4 pg(s) ( (Entered: 11/22/2000) |
| 01/26/2001 | 668 | JUDGMENT returned executed as to defendant Jermaine Houston 1/12/01 to FCI, Florence, CO (4pgs) (BLW (Entered: 01/26/2001) |
| 11/20/2001 | 706 | 2255 MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE as to defendant Jermaine Houston (12) Civil Action #: 01-2112 JMR assigned for statistical purposes only. Filed by deft pro se. 8pgs (cc: JMR & AUSA and civil clerk) (LEG) Modified on 11/21/2001 (Entered: 11/21/2001) |
| 11/20/2001 | 707 | MOTION for the court to hold in abeyance the determination of a non-frivolous motion filed pursuant to 28:2255 by Jermaine Houston (12), filed by deft pro se. 3pg(s) (cc: JMR & AUSA) (LEG) (Entered: 11/21/2001) |
| 12/04/2001 | 713 | ORDER (Chief Judge James M. Rosenbaum / date signed 12/4/01) the court hereby directs the gov't to respond to petitioner Brian Burkhalter's 2255 motion to vacate, set aside, or correct sentence by 1/18/02. (cc: USA & deft) 1 |

| | | pg ( (Entered: 12/05/2001) |
|---|---|---|
| 12/04/2001 | 714 | ORDER (Chief Judge James M. Rosenbaum / date signed 12/4/01) the court hereby directs the gov't to respond to petitioner Jermaine Houston's 2255 motion to vacate, set aside, or correct sentence by 1/18/02. (cc: USA & deft) 1 pg ( (Entered: 12/05/2001) |
| 01/18/2002 | 724 | OPPOSITION by plaintiff USA to deft Jermaine Eugene Houston's (1) petition under 28:2255 [706-1]. 13pgs (LEG) (Entered: 01/22/2002) |
| 03/06/2002 | 727 | MOTION (pro se) for leave to file incorporated response to govt's filing in opposition to relief by Jermaine Houston (12). 18 pages (PJS) (Entered: 03/06/2002) |
| 03/06/2002 | 728 | MOTION (pro se) for expansion of the record in the proceedings under FRCrP, rules governing Section 2255 motions by Jermaine Houston (12). 15 pages (PJS) (Entered: 03/06/2002) |
| 03/07/2002 | 729 | ORDER (Chief Judge James M. Rosenbaum / date signed 3/6/02) AS TO DEFT JERMAINE EUGENE HOUSTON (12) 1. Petitioner's motion for relief pursuant to 28:2255 is DENIED [No. 706.] 2. No Certificate of Appealability will issue in this case. LET JUDGMENT BE ENTERED ACCORDINGLY (cc: AUSA and deft). 5pgs (LEG) (Entered: 03/08/2002) |
| 03/07/2002 | 730 | JUDGMENT as to deft Jermaine Eugene Houston (12) re: denial of 2255 motion. 1pg(s) (LEG) (Entered: 03/08/2002) |
| 03/07/2002 | 🔒 | (Court only) *** Excludable(s) stopped as to Jermaine Houston, *** Motions terminated as to Jermaine Houston: 707 Motion for Miscellaneous Relief. (MKG) (Entered: 01/22/2008) |
| 03/18/2002 | 732 | MOTION (pro se) for reconsideration by Jermaine Houston (12). 6 pages (PJS) (Entered: 03/18/2002) |
| 03/27/2002 | 733 | ORDER AS TO JERMAINE EUGENE HOUSTON (12) (Chief Judge James M. Rosenbaum / date signed 3/27/02) denying motion for leave to file incorporated response to govt's filing in opposition to relief [727-1], denying motion for expansion of the record in the proceedings under FRCrP, rules governing Section 2255 motions [728-1], denying motion for reconsideration [732-1]. (cc: AUSA & deft) 1 pg ( (Entered: 03/28/2002) |
| 05/07/2002 | 739 | PRO SE NOTICE OF APPEAL TO CIRCUIT COURT W/ATTACHED EXHIBITS A AND B by defendant Jermaine Houston from Order by JMR and Judgment filed on 3/7/02 and Order by JMR filed on 3/27/02 (cc: AUSA & deft). 8pgs (LEG) (Entered: 05/08/2002) |
| 05/07/2002 | 740 | APPLICATION FOR CERTIFICATE OF APPEALABILITY by defendant Jermaine Houston (12) filed by deft pro se. 8pgs * Please note: JMR issued an Order on 3/7/02 stating that COA would not be issued, see doc # 729 * (LEG) (Entered: 05/08/2002) |
| 05/08/2002 | | DELIVERED TWO CERTIFIED COPIES AND ONE UNCERTIFIED COPY of each of the following to the Court of Appeals, St. Paul Office: Revised information sheet, Notice of Appeal, Order or Judgment and Docket entries as |

| | | |
|---|---|---|
| | | to pro se appeal filed by defendant Jermaine Houston (12), doc # 739. (LEG) (Entered: 05/08/2002) |
| 05/08/2002 | | Sent to USCA, St Paul, two blue folders as to Jermaine Houston (12). (LEG) (Entered: 05/08/2002) |
| 05/15/2002 | | NOTIFICATION BY CIRCUIT COURT of Appellate Docket Number 02-2208 as to defendant Jermaine Houston (12) (LEG) (Entered: 05/16/2002) |
| 09/30/2002 | 749 | AFFIDAVIT of Tracy Harris (07) re motion to expand the record [748-1]. 1 page (PJS) (Entered: 09/30/2002) |
| 10/07/2002 | 752 | CERTIFIED COPY OF JUDGMENT FROM USCA This appeal comes before the court on appellant's applicaton for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed. This case is remanded to the district court for an evidentiary hearing on whether counsel failed to file a direct appeal after being instructed to do so as to Jermaine Houston (12). MANDATE ISSUED 9/27/02 (copies dist'd). 1pg (LEG) (Entered: 10/10/2002) |
| 10/22/2002 | 753 | ORDER (Chief Judge James M. Rosenbaum / 10/21/02) as to Jermaine Houston (12) that PD appoint counsel for deft re evidentiary hearing to determine whether trial counsel failed to file a direct appeal after being instructed to do so. (cc: all counsel, PD) 1 page (PJS) (Entered: 10/22/2002) |
| 11/05/2002 | 🔒 | (Court only) As to Jermaine Houston (12) Atty Lyonel Norris appt'd due to remand from USCA for evidentiary hrg ( (Entered: 11/05/2002) |
| 01/07/2003 | 754 | GOVT'S MEMORANDUM opposition to Tracy Harris' (7) petition pursuant to 28:2255 [741-1]. 10 pgs ( (Entered: 01/08/2003) |
| 01/16/2003 | 755 | MINUTES W/ATTACHED GOV'T EXHBIT 1: before Chief Judge James M. Rosenbaum for hearing on remand from USCA (re: deft instructing his atty to file a notice of appeal) as to Jermaine Houston (8). Testimony taken of Jermaine Houston and Matthew Forsgren. Pltf rests. Deft rests. THE COURT FINDS: - Deft did not instruct his attorney to file a notice of appeal. Court Reporter: Dawn Hansen. 2pgs (LEG) (Entered: 01/21/2003) |
| 01/17/2003 | 756 | ORDER (Chief Judge James M. Rosenbaum / date signed 1/17/03) the Court finds that petitioner did not instruct his attorney to file and appeal. Therefore, Petitioner's motion for relief pursuant to 28:2255 [706-1] is DENIED as to Jermaine Eugene Houston (12) (cc: AUSA and deft). 1pg (LEG) (Entered: 01/21/2003) |
| 02/14/2003 | 🔒 | (Court only) Order #752 mailed to Jermaine Houston (12) on 1/17/03 at Waseca. Order forwarded to Anoka Cty Waseca. Order returned to USDC from Anoka Cty as undeliverable. Checked BOP's site several times for location of deft. The site stated IN TRANSIT. Called Waseca 2/14/03 to see if they could let us know where the order should be sent, they requested we forward to Tom Burke in records & he would forward to deft ( (Entered: 02/14/2003) |

| 04/04/2003 | 761 | DOCKET SHEET received from the Central District of California as to deft Edwin Earl Sumpter. 4pgs (cc: JMR & AUSA) (LEG) (Entered: 04/10/2003) |
| 01/13/2004 | 797 | DECLARATION of Jeff Schmidt by plaintiff USA re: deft Kevin Lloyd Carroll's (4) motions for clarification and motion to modify payment schedule. 30pgs (LEG) (Entered: 01/15/2004) |
| 03/29/2004 | 🔒 | (Court only) ***Appeal Terminated as to re 779 filed by Tracy Harris (7), see doc # 803 (LEG) (Entered: 03/30/2004) |
| 03/24/2008 | 832 | PRO SE MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Jermaine Houston. 3 pgs cc: JMR, USA, PD & PO (MKG) (Entered: 03/25/2008) |
| 03/24/2008 | 🔒 | (Court only) ***JS-2 Information re Crack Cocaine Offense (MKG) (Entered: 12/07/2008) |
| 04/04/2008 | 838 | MOTION to Appoint Counsel by Jermaine Houston. (Attachments: # 1 Certificate of Service) (Olson, Douglas) (Entered: 04/04/2008) |
| 04/11/2008 | 839 | ORDER granting 838 Motion to Appoint Counsel as to Jermaine Houston (12). Signed by Chief Judge James M. Rosenbaum on 4/10/2008. cc: deft.(HLW) Modified text on 4/15/2008 (BJS). (Entered: 04/11/2008) |
| 04/11/2008 | 840 | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Jermaine Houston (Olson, Douglas) (Entered: 04/11/2008) |
| 06/05/2008 | 847 | MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 by Jermaine Houston. (Olson, Douglas) (Entered: 06/05/2008) |
| 06/05/2008 | 848 | MEMORANDUM in Support by Jermaine Houston re 847 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 (Olson, Douglas) (Entered: 06/05/2008) |
| 06/05/2008 | 849 | Certificate of Service by Jermaine Houston re 847 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582, 848 Memorandum in Support of Motion.(Olson, Douglas) (Entered: 06/05/2008) |
| 06/06/2008 | 851 | RESPONSE to Motion by United States of America as to Jermaine Houston re 847 MOTION for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense 18 USC 3582 (Attachments: # 1 Certificate of Service) (Paulsen, Jeffrey) (Entered: 06/06/2008) |
| 06/25/2008 | 854 | ORDER granting 832 Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582 as to Jermaine Houston (12); granting 847 Motion to Reduce Sentence re Crack Cocaine Offense - 18:3582 as to Jermaine Houston (12). The Court sentences defendant to a term of imprisonment of 144 months. All other provisions of the Judgment entered November 22, 2000 (docket entry 662) remain in effect. Signed by Chief Judge James M. Rosenbaum on 06/23/2008. (kmc) Modified text on 6/26/2008 (BJS). Modified text on 6/26/2008 (mkg). cc: deft (Entered: 06/25/2008) |

| 06/25/2008 | 🔒 | (Court only) ***JS-3 Information re Crack Cocaine Offense as to Jermaine Houston. (MKG) (Entered: 12/07/2008) |
|---|---|---|
| 10/27/2011 | 872 | TEXT-ONLY ENTRY. CLERK'S NOTICE OF REASSIGNMENT. Due to the retirement of Judge Rosenbaum, this case is reassigned to Judge Susan Richard Nelson. Judge James M. Rosenbaum no longer assigned to the case. **NOTE:** the new case number is **CR 99-51 SRN/FLN**. Please use this case number for all subsequent pleadings. (MKG) (Entered: 10/27/2011) |
| 04/06/2012 | 884 | Petition and Order re: Modifying Conditions of Supervised Release as to Jermaine Houston. Signed by Chief Judge Michael J. Davis on 4/6/12. (Attachments: # 1 Hearing Waiver) (GMO) (Entered: 04/06/2012) |
| 04/10/2012 | 885 | TRANSMITTAL LETTER - Initial Transfer Out as to Jermaine Houston. (jdf) (Entered: 04/10/2012) |
| 04/30/2012 | 886 | Probation Jurisdiction Transferred to Central District of California as to Jermaine Houston. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (MKG) (Entered: 04/30/2012) |
| 04/30/2012 | 887 | TRANSMITTAL LETTER - Receipt of Transfer Out as to Jermaine Houston. (MKG) (Entered: 04/30/2012) |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 99-51(JMR/FLN)

UNITED STATES OF AMERICA,               )
                                        )   SECOND
                 Plaintiff,             )   SUPERSEDING INDICTMENT
                                        )
          v.                            )   (18 U.S.C. § 2)
                                        )   (21 U.S.C. § 841(a)(1))
                                        )   (21 U.S.C. § 843(b))
 (1)  LEON NMN BOLDEN,                   )   (21 U.S.C. § 846)
        a/k/a "BUTCH," "CODY SMITH,"    )   (21 U.S.C. § 853(a))
 (2)  VON RAYMONT PLEDGER,               )
        a/k/a "SPIDER,"                  )
 (3)  BYRON REGGIE COPELAND,             )
        a/k/a "SALAAM," "LAAMIE,"        )
        "REGGIE MCCOY,"                  )
 (4)  KEVIN R. CARROLL,                  )
        a/k/a "CAINE," "BIG DADDY,"      )
 (5)  DANNY CRUMBLE,                     )
        a/k/a "RAY RAY," "DOC,"          )
        "HOLIDAY,"                       )
 (6)  KENNETH RAY BELL,                  )
 (7)  TRACY HARRIS,                      )
        a/k/a "WOODY,"                   )
 (8)  RONALD ANTHONY JONES,              )
        a/k/a "RON CAPONE,"              )
        "TERRY MARCUS STEELE,"           )
 (9)  KEYON KEYS,                        )
        a/k/a "BLUE,"                    )
(10)  VIMALAM HAMILTON DELANEY,          )
        a/k/a "VEE,"                     )
(11)  JACQUELINE SANDERS,                )
        a/k/a "JOYCE BOLDEN,"            )
        "JOYCE WILLIAMS,"                )
(12)  JERMAINE HOUSTON,                  )
        a/k/a "CHARLES DAVIS,"           )
        a/k/a "CHRIS,"                   )
(13)  EDWIN SUMPTER,                     )
        a/k/a "BLACK," "HOT,"            )
(14)  ANDRE GOSS, and                    )
(15)  BRIAN KEITH BURKHALTER,            )
        a/k/a "KILO KEITH,"              )
                                        )
                 Defendants.            )

A true copy in ___10___ sheet(s)
of the record in my custody.
CERTIFIED, ___7/30___ 20_/_
        Richard D. Sletten, Clerk
BY: _____
        Deputy Clerk


345

FILED   JUN 0 2 1999
        FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD _____
DEPUTY CLERK ___19___

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
### (Drug Conspiracy)

From in or about mid-1996, the exact date being unknown, through on or about March 2, 1999, in the State and District of Minnesota, the Central District of California, and elsewhere, the defendants,

LEON NMN BOLDEN, JR., a/k/a "BUTCH," "CODY SMITH,"
VON RAYMONT PLEDGER, a/k/a "SPIDER,"
BYRON REGGIE COPELAND, a/k/a "SALAAM," "LAAMIE," "REGGIE MCCOY,"
KEVIN R. CARROLL, a/k/a "CAINE," "BIG DADDY,"
DANNY CRUMBLE, a/k/a "RAY RAY," "DOC," "HOLIDAY,"
KENNETH RAY BELL,
TRACY HARRIS, a/k/a "WOODY,"
RONALD ANTHONY JONES, a/k/a "RON CAPONE," "TERRY MARCUS STEELE,"
KEYON KEYS, a/k/a "BLUE,"
VIMALAM HAMILTON DELANEY, a/k/a "VEE,"
JACQUELINE SANDERS, a/k/a "JOYCE BOLDEN," "JOYCE WILLIAMS,"
JERMAINE HOUSTON, a/k/a "CHARLES DAVIS," "CHRIS,"
EDWIN SUMPTER, a/k/a "BLACK," "HOT,"
ANDRE GOSS, and
BRIAN KEITH BURKHALTER, a/k/a "KILO KEITH,"

knowingly and intentionally conspired with each other and with others to distribute in excess of 5 kilograms of a mixture or substance containing a detectable amount of cocaine, and in excess of 50 grams of a mixture or substance containing a detectable amount of cocaine base ("crack"), both controlled substances, in violation of Title 21, United States Code, Section 846.

2

### COUNT 2
#### (Distribution of 1.4 Kilograms of Cocaine)

On or about July 1, 1998, in the State and District of Minnesota, and the Central District of California, the defendant,

JOYCE BOLDEN, a/k/a "JOYCE WILLIAMS,"

knowingly and intentionally distributed approximately 1.4 kilograms of a mixture or substance containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 3
#### (Attempted Possession with Intent to Distribute 1.4 Kilograms of Cocaine)

On or about July 2, 1998, in the State and District of Minnesota, the defendant,

LEON NMN BOLDEN, JR., a/k/a "BUTCH," "CODY SMITH,"

knowingly and intentionally attempted to possess with the intent to distribute approximately 1.4 kilograms of a mixture or substance containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### COUNT 4
#### (Distribution of 7 Ounces of Cocaine and 2 Ounces of Crack Cocaine)

On or about October 13, 1998, in the State and District of Minnesota, the defendant,

LEON NMN BOLDEN, JR., a/k/a "BUTCH," "CODY SMITH,"

3

knowingly and intentionally distributed approximately 7 ounces of a mixture or substance containing a detectable amount of cocaine and 2 ounces of a mixture or substance containing a detectable amount of cocaine base ("crack"), both controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 5
### (Distribution of 9 Ounces of Cocaine)

On or about October 21, 1998, in the State and District of Minnesota, the defendant,

LEON NMN BOLDEN, JR., a/k/a "BUTCH," "CODY SMITH,"

knowingly and intentionally distributed approximately 9 ounces of a mixture or substance containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 6
### (Possession with Intent to Distribute 1.3 Kilograms of Cocaine)

On or about January 23, 1999, in the State and District of Minnesota, the defendant,

KENNETH RAY BELL,

knowingly and intentionally possessed with the intent to distribute approximately 1.3 kilograms of a mixture or substance containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

4

## COUNT 7
### (Attempted Possession with Intent to Distribute 1.3 Kilograms of Cocaine)

On or about January 23, 1999, in the State and District of Minnesota, the defendants,

BYRON REGGIE COPELAND, a/k/a "SALAAM," "LAAMIE," "REGGIE MCCOY," and
DANNY CRUMBLE, a/k/a "RAY RAY," "DOC," "HOLIDAY,"

each aiding and abetting the other, knowingly and intentionally attempted to possess with the intent to distribute approximately 1.3 kilograms of a mixture or substance containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2.

## COUNT 8
### (Distribution of Crack Cocaine)

On or about February 22, 1999, in the State and District of Minnesota, the defendants,

VON RAYMONT PLEDGER, a/k/a "SPIDER," and
KEYON KEYS, a/k/a "BLUE,"

each aiding and abetting the other, knowingly and intentionally distributed approximately ½ ounce of a mixture or substance containing a detectable amount of cocaine base ("crack"), a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

5

## COUNT 9
### (Distribution of Crack Cocaine)

On or about February 23, 1999, in the State and District of Minnesota, the defendant,

VON RAYMONT PLEDGER, a/k/a "SPIDER,"

knowingly and intentionally distributed approximately one ounce of a mixture or substance containing a detectable amount of cocaine base ("crack"), a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS 10 - 19
### (Use of a Telephone in Furtherance of Drug Trafficking)

On or about the dates set forth below, in the State and District of Minnesota and elsewhere, the defendants,

LEON NMN BOLDEN, JR., a/k/a "BUTCH," "CODY SMITH,"
KEVIN R. CARROLL, a/k/a "CAINE," "BIG DADDY,"
KENNETH RAY BELL,
TRACY HARRIS, a/k/a "WOODY,"
RONALD ANTHONY JONES, a/k/a "RON CAPONE," "TERRY MARCUS STEELE,"
KEYON KEYS, a/k/a "BLUE,"
VIMALAM HAMILTON DELANEY, a/k/a "VEE,"
EDWIN SUMPTER, a/k/a "BLACK," "HOT," and
ANDRE GOSS,

knowingly and intentionally used a communication facility, that is a telephone, in committing and causing to be committed and facilitating the commission of acts constituting felonies under the Controlled Substances Act, Title 21, United States Code, Sections 801 et seq., namely the distribution and the possession with intent to distribute controlled substances, including cocaine and cocaine base ("crack"), in violation of Title 21, United States Code,

6

Section 841(a)(1), and conspiracy to do the same in violation of Title 21, United States Code, Section 846, as described below:

| Count | Date | Time | Parties to Communication |
|---|---|---|---|
| Count 10 | 12/15/98 | 9:52 p.m. | Leon Bolden, Jr., a/k/a "Butch," "Cody Smith" <br> Ronald Anthony Jones, a/k/a "Ron Capone," "Terry Marcus Steele" |
| Count 11 | 12/27/98 | 3:55 p.m. | Leon Bolden, Jr., a/k/a "Butch," "Cody Smith" <br> Keyon Keys, a/k/a Blue |
| Count 12 | 12/28/98 | 4:08 p.m. | Vimalam Delaney, a/k/a "Vee" |
| Count 13 | 12/31/98 | 5:57 p.m. | Vimalam Delaney, a/k/a "Vee" |
| Count 14 | 1/1/99 | 4:21 p.m. | Vimalam Delaney, a/k/a "Vee" |
| Count 15 | 1/15/99 | 7:00 p.m. | Kevin Carroll, a/k/a "Caine," "Big Daddy" <br> Ronald Anthony Jones, a/k/a "Ron Capone," "Terry Marcus Steele" |
| Count 16 | 1/18/99 | 6:55 p.m. | Danny Crumble, a/k/a "Ray Ray," "Doc," "Holiday," <br> Kenneth Ray Bell |
| Count 17 | 1/26/99 | 1:10 a.m. | Kevin Carroll, a/k/a "Caine," "Big Daddy" <br> Tracy Harris, a/k/a "Woody" <br> Vimalam Delaney, a/k/a "Vee" |
| Count 18 | 1/16/99 | 4:34 p.m. | Kevin Carroll, a/k/a "Caine," "Big Daddy" <br> Andre Goss |
| Count 19 | 1/22/99 | 11:14 p.m. | Danny Crumble, a/k/a "Ray Ray," "Doc," "Holiday" <br> Edwin Sumpter, a/k/a "Black," "Hot" |

all in violation of Title 21, United States Code, Section 843(b).

7

## COUNT 20
### (Possession with Intent to Distribute Crack Cocaine)

On or about March 2, 1999, in the State and District of Minnesota, the defendant,

### VON RAYMONT PLEDGER, a/k/a "SPIDER,"

knowingly and intentionally possessed with the intent to distribute approximately 7 ounces (210 grams) of a mixture or substance containing a detectable amount of cocaine base ("crack"), a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 21
### (Possession with Intent to Distribute Crack Cocaine)

On or about March 2, 1999, in the State and District of Minnesota, the defendant,

### BRIAN KEITH BURKHALTER, a/k/a "KILO KEITH,"

knowingly and intentionally possessed with the intent to distribute approximately 3.2 grams of a mixture or substance containing a detectable amount of cocaine base ("crack"), a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 22
### (Forfeiture)

Counts 1 through 9 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to 21 U.S.C. §§ 853(a)(1) and (2).

As a result of these offenses, defendants

LEON NMN BOLDEN, JR., a/k/a "BUTCH," "CODY SMITH,"
VON RAYMONT PLEDGER, a/k/a "SPIDER,"
BYRON REGGIE COPELAND, "SALAAM," "LAAMIE," "REGGIE MCCOY,"

8

KEVIN R. CARROLL, a/k/a "CAINE," "BIG DADDY,"
DANNY CRUMBLE, a/k/a "RAY RAY," "DOC," "HOLIDAY,"
KENNETH RAY BELL,
TRACY HARRIS, a/k/a "WOODY,"
RONALD ANTHONY JONES, a/k/a "RON CAPONE," "TERRY MARCUS STEELE,"
KEYON KEYS, a/k/a "BLUE,"
VIMALAM HAMILTON DELANEY, a/k/a "VEE,"
JACQUELINE SANDERS, a/k/a "JOYCE BOLDEN," "JOYCE WILLIAMS,"
JERMAINE HOUSTON, a/k/a "CHARLES DAVIS," "CHRIS,"
EDWIN SUMPTER, a/k/a "BLACK," "HOT,"
ANDRE GOSS, and
BRIAN KEITH BURKHALTER, a/k/a "KILO KEITH,"

shall forfeit to the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2) any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 through 9 of this Indictment.

If any of the said forfeitable property, as a result of any act or omission of the defendant:

   (1)   cannot be located upon the exercise of due diligence;

   (2)   has been transferred or sold to, or deposited with, a
         third person;

   (3)   has been placed beyond the jurisdiction of the Court;

   (4)   has been substantially diminished in value; or

   (5)   has been commingled with other property which cannot be
         subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

9

All in violation of Title 21, United States Code, Sections 853(a)(1) and (2).

A TRUE BILL

_____
UNITED STATES ATTORNEY

_____
FOREPERSON

10

AO245S (D.Minn. Rev. 3/93)   et 1 - Judgment in a Criminal Ca

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA

v.

JERMAINE EUGENE HOUSTON

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 99-CR-51-(12)(JMR)
Def.Counsel: Matthew D. Forsgren

The defendant pleaded guilty to Count 1 of the Second Superseding Indictment.

Accordingly, the defendant is adjudged guilty of such count, involving the following offense:

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute Cocaine and Cocaine Base | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The remaining counts, as they pertain to this defendant, are dismissed on the motion of the United States.

It is ordered that the defendant shall pay a special assessment of $100.00, for Count 1, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

A true copy in _____ sheet(s)
of the record in my custody,
CERTIFIED, _____ 20__
Richard D. Sletten, Clerk
BY: _____
Deputy Clerk

Defendant's SSN: ███-7466

Defendant's DOB: ███ 1973

Defendant's Mailing Address:
██████
Los Angeles, CA    90037

Defendant's Residence Address:
Same

Sentence Imposed:  November 15, 2000

JAMES M. ROSENBAUM, U.S. District Judge

Dated:  November 16, 2000

FILED
NOV 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK
(dist'd)

AO 245S (D.Minn. Rev. 3/93)       t 2 - Imprisonment

Defendant: JERMAINE EUGENE HOUSTON
Case Number: 99-CR-51-(12)(JMR)                    Judgment:   Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau
of Prisons to be imprisoned for a term of 186 months.   Defendant shall be
given credit for the time served after he was taken into custody the second
time in California, on approximately December 8, 1999.

The Court recommends a jail-type facility in the State of California for
service of sentence.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____,

with a certified copy of this judgment.

_____
                                        United States Marshal

                    By _____
                                        Deputy Marshal

Case 2:12-cr-00392-DDP   Document 3   Filed 05/03/12   Page 34 of 35   Page ID #:38

AO245S (D.Minn. Rev. 3/93)          et 3 - Supervised Release

Defendant: JERMAINE EUGENE HOUSTON          Judgment:   Page 3 of 4
Case Number: 99-CR-51-(12)(JMR)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release
for a term of 5 years.

If this judgment imposes a fine, special assessment, costs, or restitution
obligation, it shall be a condition of supervised release that the defendant
pay any such fine, assessments, costs, and restitution that remain unpaid at
the commencement of the term of supervised release.   While on supervised
release, the defendant shall comply with all federal, state, and local laws;
comply with all rules and regulations of the probation office; abide by the
standard conditions of supervised release as recommended by the sentencing
commission; not possess any firearms or other dangerous weapons; submit to
periodic drug testing and participate in substance abuse treatment and
aftercare as directed by the probation office and as required by statute;
shall comply with the standard conditions that have been adopted by this
court (set forth below); and shall comply with the following additional
conditions: not associate with any member, prospect, or associate member of
any gang, including, in particular, the Broadway 5 Deuce Crips gang.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not leave the judicial district without the permission of the court
   or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation
   officer and shall submit a truthful and complete written report within the first five days
   of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow
   the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation
   officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer within seventy-two hours of any change
   in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess,
   use, distribute or administer any narcotic or other controlled substance, or any
   paraphernalia related to such substances.
8) The defendant shall not frequent places where controlled substances are illegally sold,
   used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall
   not associate with any person convicted of a felony unless granted permission to do so by
   the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or
    elsewhere and shall permit confiscation of any contraband observed in plain view by the
    probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being
    arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent
    of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks
    that may be occasioned by the defendant's criminal record or personal history or
    characteristics, and shall permit the probation officer to make such notifications and to
    confirm the defendant's compliance with such notification requirement.

AO245S (D.Minn. Rev. 3/93)       t 7 - Statement of Reasons

Defendant: JERMAINE EUGENE HOUSTON                    Judgment:   Page 4 of 4
Case Number: 99-CR-51-(12)(JMR)

### STATEMENT OF REASONS

The Court adopts the factual findings and guideline application in the
presentence report.


**Guideline Range Determined by the Court:**

| | |
|---|---|
| Total Offense Level: | 34 |
| Criminal History Category: | II |
| Imprisonment Range: | 168 to 210 months |
| Supervised Release Range: | 5 years |
| Fine Range: | $17,500 to $4,000,000 |
| Restitution: | N/A |


No fine is imposed based on defendant's inability to pay.

The sentence is within the guideline range, that range exceeds 24 months, and
the sentence is imposed for the reasons set forth at the hearing.