PROB 12
(Rev. 11/04)

# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. JERMAINE EUGENE HOUSTON                    Docket No. CR12-00392-DDP

### Petition on Probation and Supervised Release (Modification)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of JERMAINE EUGENE HOUSTON who was placed on supervision by the Honorable JAMES M. ROSENBAUM sitting in the Court at Minneapolis, Minnesota, on the 15th day of November, 2000 who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). **Jurisdiction was transferred to the Central District of California on April 24, 2012**.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 5, 2012, Jermaine Eugene Houston was arrested for driving with a suspended license. He also associated with a convicted felon without the permission of the Probation Officer. A modification to include home detention will limit his mobility and assist the Probation Officer in providing more intensive supervision.

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Jermaine Eugene Houston to participate for a period not to exceed 90 days in the home detention program component of the Location Monitoring Program, which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system; the defendant shall observe all rules of such program, as directed by the Probation Officer. The defendant shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment;

The defendant shall pay the costs of Location Monitoring to the contract vendor, not to exceed the sum of $4.00 for each day of participation. The defendant shall provide payment and proof of payment as instructed.

|  |  |
|---|---|
| ORDER OF COURT | Respectfully, |
| Considered and ordered this 9th day of Jan., 2013 and ordered filed and made a part of the records in the above case. | CORDALE JOHNSON<br>U. S. Probation Officer |
|  | Place: Inglewood, California |
|  | Approved: JERRY SMITH |
| United States District Judge<br>DEAN D. PREGERSON | Supervising U.S. Probation Officer |
|  | Date: January 2, 2013 |