PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. JERMAINE EUGENE HOUSTON        Docket No. CR12-00392-DDP

### Petition on Probation and Supervised Release (Modification)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>JERMAINE EUGENE HOUSTON</u> who was placed on supervision by the Honorable <u>JAMES M. ROSENBAUM</u> sitting in the Court at <u>Minneapolis, Minnesota</u>, on the <u>15th</u> day of <u>November, 2000</u> who fixed the period of supervision at <u>five years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). **Jurisdiction was transferred to the Central District of California on April 25, 2012.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Jermaine Eugene Houston has a history of substance abuse and has successfully transitioned from our contracted drug aftercare program. Given the established relationship between substance abuse and criminal activity, controlling strategies to detect substance abuse and prompt intervention need to be continued following this transition. Drug testing is the most reliable method for monitoring drug use.

The Ninth Circuit Court of Appeals' finding in *Stephens* limits the Probation Officer to three random drug tests outside of treatment, pursuant to 18 USC 3583(d). This offender's history warrants continued monitoring.

Jermaine Eugene Houston and defense counsel have agreed to the proposed modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Jermaine Eugene Houston, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed four tests per month, as directed by the Probation Officer, pursuant to 18 USC 3583(d).

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this <u>15th</u> day of <u>March</u>, 20<u>13</u> and ordered filed and made a part of the records in the above case. <br><br> *[signature]* <br> United States District Judge <br> DEAN D. PREGERSON | *[signature]* <br> CORDALE JOHNSON <br> U. S. Probation Officer <br> Place: Inglewood, California <br><br> Approved: JERRY SMITH <br> Supervising U.S. Probation Officer <br> Date: March 12, 2013 |