UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 12-00392 DDP                                   Dated: June 28, 2013

========================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present | Asst. U.S. Attorney |
|---|---|---|
| Courtroom Deputy | Court Reporter | Not Present |

========================================================================

| U.S.A. vs (Dfts listed below) | Attorneys for Defendants |
|---|---|
| 1)   JERMAINE HOUSTON | 1)   Moriah S. Radin |
| Not Present | Not Present |

_____

PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)


        **COUNSEL ARE NOTIFIED** the VIOLATION OF SUPERVISED RELEASE
HEARING set for July 1, 2013 at 1:30 p.m., is hereby taken off calendar, the hearing
date vacated and will be re-set at a later date.



**cc: P.O.**




                                                              :        N/A

                                          Initials of Deputy Clerk    JAC