SEAN K. KENNEDY, FPD (CSB#145632)
Sean_Kennedy@fd.org
MORIAH S. RADIN, DFPD (CSB#260245)
Moriah_Radin@fd.org
321 East 2nd Street
Los Angeles, CA 90012
Office: 213-894-5192

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 12-00392-DDP |
| v. | |
| JERMAINE EUGENE HOUSTON, | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| Defendant(s). | ☒ AD PROSEQUENDUM   ☐ AD TESTIFICANDUM |

The undersigned ☐ Assistant United States Attorney ☒ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☐ Ad Prosequendum ☐ Ad Testificandum for:

Name of Detainee: Jermaine Eugene Houston
        Alias: _____
BOP/Booking No: 08803-041 / 3604417
        Detained by:   ☐ Warden _____
                      ☒ Other Los Angeles Sheriff
        Detained at: Pitchess Detention Facility, 29320 The Old Road, Castaic, CA 91384
                    *(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on ____October 21____ at ____1:30 pm____ before the Honorable

Dean D. Pregerson _____ Judge/Magistrate Judge.

Location:   ☒ U.S. District Court 312 N. Spring St., Los Angeles, CA 90012
                                          *(Court Address)*
            ☐ Other _____
                   *(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: ____October 1, 2013____            _____
                                          Signature of attorney

*An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER) MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.*

G-09 (10/06)    APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM