SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
YASMIN CADER (No. 250762)
Deputy Federal Public Defender
(E-mail: Yasmin_Cader@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone (213) 894-7560
Facsimile (213) 894-0081

Attorneys for Defendant
JERMAINE HOUSTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | NO. CR 12-392-DDP |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL |
| v. | |
| JERMAINE HOUSTON, | |
| Defendant. | |

  Notice is hereby given that the above-entitled case has been reassigned to Deputy Federal Public Defender Yasmin Cader, for all further proceedings in this case in place an stead of Moriah S. Radin.

//
//
//
//
//
//
//

1 | Please make all necessary changes to the court's case management/electronic
2 | filing system to ensure that Deputy Federal Public Defender Yasmin Cader receives
3 | all e-mails relating to filings in this case.
4 |
5 |          Respectfully submitted,
6 |          SEAN K. KENNEDY
         Federal Public Defender
7 |
8 | DATED: December 5, 2013     By  /s/ *Yasmin Cader*
9 |          YASMIN CADER
         Deputy Federal Public Defender