# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Houston, Jermaine Eugene<br>DEFENDANT(S). | CASE NUMBER:<br>CR 12-392<br><br>REPORT COMMENCING CRIMINAL ACTION |

**FILED** 2013 DEC -4 PM 12:42 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 12-04-2013 @ 12:00 ☐ AM / ☑ PM
2. Defendant is in lock-up (in this court building) Yes ☑   No ☐
3. Charges under which defendant has been booked:
   18 USC 3583 Supervised Release Violation
4. Offense charged is a: ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☑ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☑ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1973
8. The defendant is: ☑ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): N/A
10. Date detainer placed on defendant: N/A
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A )
12. Does the defendant have retained counsel? ☑ No
    ☐ Yes   Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☑ If yes, please list Officer's Name: DUTY OFCR   Time: 9:00   AM / PM
14. Remarks (if any): _____

15. Date: 12/04/2013
16. Name: S.Munoz (Please Print)
17. Agency: USMS-DEO
18. Signature: _____
19. Office Phone Number: 213 894-1376