UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 12-00392 DDP                                          Dated: January 9, 2014

===============================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | Maria Bustillos | Mack Jenkins |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

===============================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   JERMAINE HOUSTON                       1)   Yasmin Cader
     present on bond                             present appointed

_____

PROCEEDINGS:   PRELIMINARY VIOLATION OF SUPERVISED RELEASE HEARING

On January 9, 2014 the matter came on regularly for hearing on the Petition for Revocation of Probation and Supervised Release filed on June 6, 2001.  The defendant, after having been advised of the allegations as contained in the Petition, admitted to the truthfulness of each of allegation Nos. One and Two as contained in the Petition. The Court grants the Government's request to withdraw allegation Nos. Three through Six.

The matter is continued February 24, 2014 at 1:30 p.m.

                                                                    00   :   03

                                            Initials of Deputy Clerk      JAC