SEAN KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
YASMIN CADER (No. 250762)
Deputy Federal Public Defender
(E-mail: Yasmin_Cader@fd.org)
321 East 2nd Street
Los Angeles, California  90012
Telephone (213) 894-7560
Facsimile (213) 894-0081

Attorneys for Defendant
JERMAINE HOUSTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 12-392-DDP |
| Plaintiff, | |
| v. | LETTERS RE: SUPERVISED RELEASE |
| JERMAINE HOUSTON, | |
| Defendant. | |

Defendant, Jermaine Houston, by and through his attorney of record, Deputy Federal Public Defender Yasmin Cader, hereby submits the attached letters for the Court's consideration at the time of the hearing in this case.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: February 20, 2014          By  /s/ *Yasmin Cader*
                                  YASMIN CADER
                                  Deputy Federal Public Defender