# LETTERS

Feb 18, 2014

RE; Jermaine Houston

Whom It May Concern:

I am writing this letter in the hopes that it will help you to see what kind of person Jermaine Houston is, despite the transgressions that led us all to this point.

I have known Jermaine Houston as a friend/Fiancée for over 15 years, and in that time I have seen many aspects of Jermaine's personality. I have always found him to be extremely kind, dependable, and well regarded among his peers and family. He has been a great asset to my family who they love and respect. He is hyper-sensitive to anyone who knows him and always tuned into how that person might feel.

As a friend, of Jermaine is a stand out person and supportive individual who has really helped me in my time of need.

Jermaine is a talented and gifted in many areas and just needs a stable environment in which he can develop and produce what he's capable of doing. The transgression of his criminal past should not be the only factor you look at in this case. I hope you will also consider Jermaine's efforts in his job, and community as well as his strong commitment to his family and rehabilitation into society.

I can tell you without a doubt that Jermaine is incredibly remorseful for what he has done. He has expressed this to many times, and I believe it has been reflected in his efforts to make amends to the victims and to the court. It was a childish mistake, but Jermaine deserves a second chance. I hope you will be willing to give him one.

Sincerely,

Dawn Nero
310-809-4152

February 17, 2014

To Whom it May Concern:

I have known Jermaine Houston in a variety of capacities for many years. He was my neighbor in the past years. In addition, was a great handyman, one I could always rely on. Jermaine is efficient, and extremely competent, and has an excellent rapport with people.

In summary, I think highly of Mr. Houston and it was a pleasure to have met him, I am sure he will be a valuable asset for any organization.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Sharon Guevara

**Subject:** Character letter

**From:** Moniques Gmail (idoit4jesus@gmail.com)

**To:** bailee87@yahoo.com;

**Date:** Thursday, February 20, 2014 12:10 AM

Your Honour,

My name is Monique Mason. I am writing this letter in regards to Jermaine Houston. I have known Mr. Houston on a personal level for over 20 years. We first met at ECOS Eceptional Children's Occupational Center where we both worked with and assisted children with special needs and severe disabilities. It takes a special type of person with a heart of gold to be able to work in this field. It was here that I first noticed how genuine and full of compassion Mr. Houston was. He always took the initiative to make sure that the kids were safe and made a point to make those harder cases actually feel special. He just always had a way of making the kids laugh and smile just by being present. I can say that in all the time I have known him, Jermaine Houston has been a decent, hardworking and trustworthy person. I know this letter can only reflect a fraction of what an amazing individual Mr. Houston really is.

Sincerely,
Monique Mason
Mason's Group Home
10911 Western Ave. LA 90047
(323)867-2549

s *Monique Mason*
Sent from my iPad