UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 12-00392 DDP**                                    Dated: February 24, 2014

======================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | Maria Bustillos | Mack Jenkins |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

======================================================================

| U.S.A. vs (Dfts listed below) | Attorneys for Defendants |
|---|---|
| 1)  JERMAINE HOUSTON<br>    present on bond | 1)  Yasmin Cader<br>    present appointed |

_____

PROCEEDINGS:   FINAL VIOLATION OF SUPERVISED RELEASE HEARING

Refer to the JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF SUPERVISED RELEASE to be issued hereafter.

See Original ORDER TRANSFERRING JURISDICTION, transferred in from the USDC OF MINNESOTA, dated April 25, 2012.

Defendant informed of right to appeal.

Bond exonerated upon surrender.

                                                                  00   :   12

                                         Initials of Deputy Clerk   JAC