1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR 12-00392 DDP |
|---|---|---|
| Plaintiff, | ) ) ) | **AMENDED** JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF |
| v. | ) ) | SUPERVISED RELEASE |
| JERMAINE HOUSTON, | ) ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

On January 9, 2014 the matter came on regularly for hearing on the Petition for Revocation of Probation and Supervised Release filed on ***July 11, 2013.*** The defendant, after having been advised of the allegations as contained in the Petition, admitted to the truthfulness of each of allegation Nos. One and Two as contained in the Petition. The Court grants the Government's request to withdraw allegation Nos. Three through Six.

On February 24, 2014 the Court found the Defendant to have violated the terms and conditions of Supervised Release as set forth in the Judgment and Probation/Commitment Order of the United States District Court for the District of Minnesota filed on

1  November 21, 2000.  The Court ORDERS the Supervised Released,
2  revoked, vacated and set aside.
3      It is adjudged that Defendant, JERMAINE HOUSTON, is hereby
4  committed to the custody of the Bureau of Prisons for a term of
5  twenty (20) months with no supervision to follow.
6      IT IS ORDERED that the defendant shall self-surrender to the
7  institution designated by the BOP on or before 12 noon, on March
8  24, 2014 and, on the absence of such designation, the defendant
9  shall report on or before the same date and time, to the United
10 States Marshal at 255 East Temple Street, Los Angeles, California,
11 90012.
12     It is ordered that the clerk deliver a copy of this Judgment
13 and Probation/Commitment Order to the U.S. Marshal or other
14 qualified officer

Dated: March 7, 2014

DEAN D. PREGERSON
United States District Judge