

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK OF COURT

To:   ☐ Chief Deputy     ☐ Fiscal

Re:   **Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number: 2:12-cr-00392-DDP-1
Defendant's Name: Jermaine Houston

The above-named defendant was ordered to self-surrender to begin serving their sentence of imprisonment on 3/24/14 . The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :** 3/24/14 **, it was verified the defendant:**

☐   the Bureau of Prisons was unable to provide information as the above-named defendant.

☐   has commenced their electronic monitoring.

☐   has completed their electronic monitoring.

☐   has reported to the U.S. Probation Office.

☐   has surrendered to the Bureau of Prisons.

☑   Other:  Surrendered to USM and will be moved to Lompoc

**Verified via  ☐ telephone or  ☑ e-mail with the following:**

☐   U.S. Probation Officer: _____ ,
                              *(Name of Officer)*
☐   Bureau of Prisons:     _____ ,
                              *(Name of Officer)*
☑   U.S. Marshal:          Kelly Gutierrez, USMS ,
                              *(Name of Officer)*

3/26/14                              By   L Chai
Date                                      Deputy Clerk

CR-86 (11/08)                    **VERIFICATION OF SURRENDER**