# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

## TRANSCRIPT DESIGNATION AND ORDERING FORM

| Field | Value |
|---|---|
| 1. NAME | David Joseph Sutton |
| 2. PHONE NUMBER | 213-894-1462 |
| 3. DATE | 3/11/2015 |
| 4. FIRM NAME | Office of the Federal Public Defender |
| 5. E-MAIL ADDRESS | David_Sutton@fd.org |
| 6. MAILING ADDRESS | 321 E. 2nd Street |
| 7. CITY | |
| 8. STATE | |
| 9. ZIP CODE | |
| 10. CASE NUMBER | CR 12-392-DDP |
| 11. CASE NAME | USA v Jermaine Houston |
| 12. JUDGE | Pregerson |
| 13. APPEAL CASE NUMBER | |
| 14. ORDER FOR | ☐ APPEAL  ☑ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☐ AUSA  ☑ FPD  ☐ OTHER |

**15. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| January 9, 2015 | Maria Bustillos | ☑ OTHER (PLEASE SPECIFY): Preliminary Violation of Supervised Relea |
| February 24, 2014 | Maria Bustillos | ☑ OTHER (PLEASE SPECIFY): Final Violation of Supervised Release |

**16. ORDER:** IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☑ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☐ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | | |
| REAL TIME | ☐ | | |

FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY

19. Transcription agency for digitally recorded proceedings:

**(CERTIFICATION 17 & 18)**
By signing the below, I certify that I will pay all charges (deposit plus additional).

17. DATE: 3/11/2015

18. SIGNATURE: /s/ David Joseph Sutton

20. Month:      Day:      Year:
Transcript payment arrangements were made with:
NAME OF OFFICIAL: _____
Payment of estimated transcript fees were sent on the following date:
Month:      Day:      Year:

G-120 (09/12)