1              UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3                   WESTERN DIVISION

4                      - - -

5     HONORABLE DEAN D. PREGERSON, DISTRICT JUDGE PRESIDING

6

7     UNITED STATES OF AMERICA,        )
                                       )
8              Plaintiffs,             )
                                       )
9                                      )
                                       )
10             vs.                     )  No. CR 12-00392-DDP
                                       )
11                                     )
                                       )
12    JERMAINE HOUSTON,                )
                                       )
13             Defendant.              )
      _____)

14

15

            REPORTER'S TRANSCRIPT OF PROCEEDINGS
16
        PRELIMINARY VIOLATION OF SUPERVISED RELEASE
17
                LOS ANGELES, CALIFORNIA
18
             THURSDAY, JANUARY 9, 2014
19

20    _____

21                 MARIA R. BUSTILLOS
               OFFICIAL COURT REPORTER
22                  C.S.R. 12254
               UNITED STATES COURTHOUSE
23             312 NORTH SPRING STREET
                     ROOM 404
24          LOS ANGELES, CALIFORNIA 90012
                  (213) 894-2739
25

```
 1                      A P P E A R A N C E S

 2


 3


 4        ON BEHALF OF THE PLAINTIFFS,
          UNITED STATES OF AMERICA:        OFFICE OF THE UNITED STATES
 5                                          ATTORNEY
                                           BY:  MACK JENKINS, ESQ.
 6                                          312 NORTH SPRING STREET
                                           14TH FLOOR
 7                                          LOS ANGELES, CALIFORNIA 90012
                                           (213)894-2091
 8


 9
          ON BEHALF OF THE DEFENDANT,
10        JERMAINE HOUSTON:                OFFICE OF THE FEDERAL PUBLIC
                                           DEFENDER
11                                          BY:  YASMIN CADER
                                           321 EAST 2ND STREET
12                                          LOS ANGELES, CALIFORNIA 90012
                                           (213)894-7560
13


14
        ALSO APPEARING:  PROBATION OFFICER, CORNELL JOHNSON
15

16

17

18

19

20

21

22

23

24

25
```

1                          **I N D E X**

2                                                    PAGE

PRELIMINARY VIOLATION OF SUPERVISED RELEASE:          4

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

```
1              LOS ANGELES, CALIFORNIA; THURSDAY, JANUARY 9, 2014
                             -o0o-
2                 (COURT IN SESSION AT 10:40 A.M.)
             THE CLERK:  Calling item one, CR 12-00392-DDP:
3    United States of America v. Jermaine Houston.
             Counsel, may we have appearances.
4            MR. JENKINS:  Good morning, Your Honor.
             Mack Jenkins for the United States.  With me at
5    counsel table is United States probation officer
     Cornell Johnson.
6            MS. CADER:  Good morning, Your Honor.
             Yasmin Cader on behalf of Jermaine Houston, who is
7    present; not in custody, Your Honor.
             THE COURT:  Okay.  Good morning.
8            Good morning, Mr. Houston.
             THE DEFENDANT:  Good morning, sir.
9            THE COURT:  So my understanding is you wish to
     admit to two allegations, number 1 and 2.  And the Government
10   wishes to withdraw four, five, and six?
             MR. JENKENS:  That is correct, Your Honor.
11           THE COURT:  All right.  Then, Mr. Houston, do you
     want -- did you talk to your attorney about numbers 1 and 2?
12           THE DEFENDANT:  Yes.
             THE COURT:  And do you understand them?
13           THE DEFENDANT:  Yes.
             THE COURT:  Okay.  Then I'm just going to read them
14   to you and ask you if they're true, okay?
             Number one, having been ordered by the Court not to
15   commit another federal, state, or local crime, on or about
     March 27, 2013, you possessed Hydrocodone, Diazepine,
16   amphetamine, codeine, methamphetamine, and marijuana, in
     violation of Section 11351 of the California Health and
17   Safety Code; is that true?
             THE DEFENDANT:  Yes.
18           THE COURT:  Number two, having been ordered by the
     Court not to possess any narcotic or controlled substance, on
19   or about March 27, 2013, you possessed the following
     controlled substances:  Hydrocodone, Diazepine, amphetamine,
20   codeine, methamphetamine, and marijuana; is that true?
             THE DEFENDANT:  Yes, sir.
21           THE COURT:  And the Government's request to
     withdraw three, four, and five is granted -- and six.
22           And there's a date we have for a hearing then,
     Mr. Chambers?
23           THE CLERK:  Yes, Your Honor.
             The -- the hearing on the final violation will be
24   set for February 24th, 2014, at 3:00 p.m.  that is a Monday.
             THE COURT:  Okay.  That's fine.  And Court's in
25   recess.  Just see both of you.  You're two of my favorite
     people in terms of this profession.  So I'm glad to see both
```

```
1   of you here.
             MR. JENKINS:  Thank you, Your Honor.
2            MR. JENKENS:  Thank you, Your Honor.  It means a
    lot.
3            THE COURT:  Okay.  Bye-bye.
             (Whereupon proceedings adjourned.)
4                         - - -
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

UNITED STATES DISTRICT COURT

1              **C E R T I F I C A T E**

2

3      UNITED STATES OF AMERICA          :
                    vs.                   :   No. CR 12-00392-DDP
4      JERMAINE HOUSTON                   :

5

       I, MARIA BUSTILLOS, OFFICIAL COURT REPORTER, IN AND FOR THE
6      UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF
       CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,
7      TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND
       CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED
8      PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE
       TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS
9      OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.
       FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE
10     REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE
       REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

11
       /S/_____        04/13/2015
12     MARIA R. BUSTILLOS                 DATE
       OFFICIAL REPORTER
13

14

15

16

17

18

19

20

21

22

23

24

25